| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | FILED 2019 FEB 14 PM 3:30 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY ___(PIA)___ |
|---|---|
| Pritish Vora<br><br>27758 Santa Marg. Pkwy, #530<br>Mission Viejo, CA 92691 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Pritish Vora<br><br>Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC<br>Defendant(s) | CASE NUMBER:<br><br>**SACV19-00302 AG (KESx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Pritish Vora_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EQUIFAX INFORMATION SERVICES, LLC<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>TRANS UNION, LLC | |

February 14, 2019
Date

Signature _[signature]_

Attorney of record for (or name of party appearing in pro per):

Pritish Vora

CV-30 (05/13)          NOTICE OF INTERESTED PARTIES