AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| Pritish Vora<br><br>*Plaintiff(s)*<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC<br><br>*Defendant(s)* | Civil Action No. **SACV19-00302 AG (KESx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    EQUIFAX INFORMATION SERVICES, LLC;
    c/o registered agent
    The Prentice-Hall Corporation System, Inc.
    2710 Gateway Oaks Drive Suite 150N
    Sacramento, CA  95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Pritish Vora
    27758 Santa Marg. Pkwy, #530
    Mission Viejo, CA  92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    02/14/2019          **LORI WAGERS**
                                                                            *Signature of Clerk or Deputy Clerk*