UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00302 AG (KESx) | Date | February 15, 2019 |
|---|---|---|---|
| Title | PRITISH VORA v. EQUIFAX INFORMATION SERVICES, LLC, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**      **[IN CHAMBERS] ORDER FOR STATUS CONFERENCE**

Plaintiff's complaint concerns issues that Congress has found to be important in an area where damages are often not substantial. The Court and the parties are required to "secure the just, speedy, and inexpensive determination" of this case. Fed. R. Civ. P. 1.

The Court ORDERS Plaintiff, individually or through counsel, to attend a hearing prepared to review how the Court and the parties' can meet this requirement in this case. The Court further ORDERS Plaintiff to be sure that all parties who have been served or have appeared receive this order.

If Defendants have been served or have appeared before the date of this hearing, or if the interests of justice require, the hearing will be an expedited scheduling conference under Federal Rules of Civil Procedure 16(b) and 26(f), and the Court ORDERS all parties to attend. The parties aren't required to file any documents before this scheduling conference, but are required to confer to meet the requirements of Rule 26(f).

The Court ORDERS that this hearing take place on **March 18, 2019 at 9:00 a.m.**

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | lmb | |