Pritish Vora

27758 Santa Marg. Pkwy, #530

Mission Viejo, CA 92691

949-292-8359

Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br>　　　　　Plaintiff,<br>　　vs.<br>EQUIFAX INFORMATION SERVICES, LLC et al.,<br>　　　　　Defendant(s). | Case No.: 8:19-cv-00302 AG (KESx)<br>**NOTICE OF PROOF OF SERVICE AS TO DEFENDANT TRANSUNION** |

　　COMES NOW Plaintiff, Pritish Vora ("Plaintiff"), by way of Pro Se, hereby files with the HONORABLE COURT the duly executed PROOF OF SERVICE as to defendant TRANS UNION, LLC ("TRANSUNION").

　　1.　The following documents were served to defendant TRANSUNION in the above-captioned matter: Civil Cover Sheet, Summons, Complaint, Certification and Notice of Interested Parties, Notice to Parties of Court-directed ADR Program, Notice of Assignment to Magistrate Judge, and COURT ORDER for status conference ("the case initiating documents").

　　2.　Plaintiff also attaches herewith the ORIGINAL summons and ORIGINAL return of service of process server and copy of invoice, confirming delivery of the case initiating documents as to defendant TRANSUNION.

3.  Based on the foregoing, and pursuant to F.R.C.P. 4, 5 and L.R. 5-3.1.2, Plaintiff facilitates PROOF OF SERVICE as to defendant TRANSUNION.

Respectfully submitted on this day of ___March 1, 2019___

_____
by Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
949-292-8359
pvora2112@gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Pritish Vora<br><br>*Plaintiff(s)*<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC<br><br>*Defendant(s)* | Civil Action No. **SACV19-00302 AG (KESx)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRANS UNION, LLC
c/o registered agent
The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pritish Vora
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/14/2019

Lori Wagers
*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of California

Case Number: SACV 19-00302 AG
(KESX) CENTRAL DISTRICT

Plaintiff:
**Pritish Vora**

vs.

Defendant:
**EQUIFAX INFORMATION SERVICES, LLC ET AL.**

For:
Pritish Vora
27758 Santa Marg. Pkwy, # 530
Mission Viejo, CA 92691

Received by Serves R Us on the 22nd day of February, 2019 at 7:01 pm to be served on **TRANS UNION, LLC, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833**.

I, James Thomas, do hereby affirm that on the **25th day of February, 2019** at **11:20 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CIVIL COVER SHEET, SUMMONSCOMPLAINT, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, COURT ORDER FOR STATUS CONFERENCE, CERTIFICATION AND NOTICE OF INTERESTED PARTIES** with the date and hour of service endorsed thereon by me, to: **Becky DeGeorge c/o The Prentice-Hall Corporation System,Inc.** as **Registered Agent** at the address of: **2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833** on behalf of **TRANS UNION, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
| | |
|---|---|
| Additional Defendant Serve | $62.50 |
| Total | $62.50 |

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

James Thomas
201541

**Serves R Us**
**915 L Street # C123**
**Sacramento, CA 95814**
**(916) 691-4109**

Our Job Serial Number: SRU-2019000378

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2n



**Get it Filed**
CA Filing Services in Sacramento

**Serves R Us**
Registered Process Servers

**INVOICE**

Invoice #SRU-2019000378
2/25/2019

**Send Payments To:**
Serves R Us
915 L Street # C123
Sacramento, CA 95814
Phone: (916) 691-4109
Fax: (916) 405-3808
Servesrus.Com

Pritish Vora
27758 Santa Marg. Pkwy, # 530
Mission Viejo, CA 92691

**Case Number:** SACV 19-00302 AG (KESX) CENTRAL DISTRICT

Plaintiff:
**Pritish Vora**

Defendant:
**EQUIFAX INFORMATION SERVICES, LLC ET AL.**

Received: 2/22/2019   Served: 2/25/2019 11:20 am   CORPORATE - REGISTERED AGENT
To be served on: TRANS UNION, LLC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional Defendant Serve | 1.00 | 62.50 | 62.50 |
| TOTAL CHARGED: | | | $62.50 |
| Pre Payment | | | 62.50 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

*PAYMENT WILL SHOW AS AUTHORIZE.NET OR PAYPAL ON YOUR STATEMENT.*