**MUSICK, PEELER & GARRETT LLP**

650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@musickpeeler.com*

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Pritish Vora,<br>          Plaintiff,<br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,<br>          Defendants. | Case No. 8:19-cv-00302 AG (KESx)<br><br>Hon. Andrew J. Guilford, Courtroom 10D<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Pritish Vora and Defendant Trans Union LLC ("Trans Union"), by and through its attorneys of record, file this Stipulation for Extension of Time for Defendant Trans Union to file a responsive pleading, and would respectfully show the Court as follows:

## **FACTS**

1.     On February 15, 2019, Plaintiff filed his Complaint.

2.     The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 18, 2019.

3.     Plaintiff has agreed to extend the deadline for Trans Union to file its appropriate responsive pleading to Plaintiff's Complaint by 21 days, as Trans Union needs additional time in which to access and review all of its file and to appropriately respond to the allegations in Plaintiff's Complaint.

1148796.1

WHEREFORE, Plaintiff and Trans Union respectfully request that this Court extend the time for Trans Union to answer or otherwise respond to the Plaintiff's Complaint to April 8, 2019.

DATED: March 13, 2019     PRITISH VORA

By: *[signature]*
Pritish Vora
Pro Se Plaintiff

DATED: March 13, 2019     MUSICK, PEELER & GARRETT LLP

By: *[signature]*
Donald E. Bradley
Kristin L. Marker
Attorneys for Defendant TRANS UNION LLC

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 13, 2019, I served true copies of the following document(s) described as **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

> Pritish Vora
> 27758 Santa Margarita Parkway, #530
> Mission Viejo, CA  92691
> Phone:  (949) 292-8359
> Email: pvora2112@gmail.com
> ***Plaintiff in Pro Per***

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2019, at Costa Mesa, California.

*/s/ April M. Yusay*
April M. Yusay

1148796.1

**MUSICK, PEELER & GARRETT LLP**

3

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO PLAINTIFF'S COMPLAINT