**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@musickpeeler.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Pritish Vora,<br><br>            Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,<br><br>            Defendants. | Case No. 8:19-cv-00302 AG (KESx)<br><br>Hon. Andrew J. Guilford, Courtroom 10D<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Trans Union LLC ("Trans Union") hereby files this Notice of Party with Financial Interest, pursuant to Civil Rule 40.2. The undersigned counsel for Trans Union certifies that the following listed parties are associated with Trans Union and may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The following are parents, trusts, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity

that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

2.     The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

3.     Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

In addition, Trans Union believes that the other parties to this action may have a direct, pecuniary interest in the outcome of this case; however, Trans Union lacks sufficient information or belief with regard to whether they have any related entities which may be similarly interested.

DATED: March 13, 2019            MUSICK, PEELER & GARRETT LLP

By:     */s/ Donald E. Bradley*
         Donald E. Bradley
         Attorneys for Defendant TRANS UNION LLC

**MUSICK, PEELER & GARRETT LLP**

1148803.1

2

DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On March 13, 2019, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

>Pritish Vora
>27758 Santa Margarita Parkway, #530
>Mission Viejo, CA  92691
>Phone:  (949) 292-8359
>Email: pvora2112@gmail.com
>***Plaintiff in Pro Per***

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2019, at Costa Mesa, California.

>*/s/ April M. Yusay*
>April M. Yusay