| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Sheereen Javadizadeh (SBN 288141)<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>T: (949) 851-3939<br>E: sjavadizadeh@jonesday.com<br><br>ATTORNEY(S) FOR: Defendant Experian Information Solutions, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:19-cv-00302-AG-KES<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for         EXPERIAN INFORMATION SOLUTIONS, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Experian plc | Parent Company |
| Central Source LLC | Subsidiary |
| Online Data Exchange LLC | Subsidiary |
| New Management Services LLC | Subsidiary |
| VantageScore Solutions LLC | Subsidiary |
| Opt-Out Services LLC | Subsidiary |

| | |
|---|---|
| March 15, 2019 | s/ Sheereen Javadizadeh |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I, Sheereen Javadizadeh, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 15, 2019, I served a copy of the **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Donald E Bradley
Musick Peeler and Garrett LLP
650 Town Center Drive Suite 1200
Costa Mesa, CA 926261925
7146682400
Fax: 7146682490
Email: d.bradley@mpglaw.com
*Attorneys for Trans Union L.L.C*

//

//

//

//

//

1      I further certify that on March 15, 2019, I caused the foregoing document to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Pritish Vora
27758 Santa Margarita Parkway No. 530
Mission Viejo, CA 92691
949-292-8359
Email: pvora2112@gmail.com
*Pro Se*

     Executed on March 15, 2019, at Irvine, California.

                                          */s/ Sheereen Javadizadeh*
                                          Sheereen Javadizadeh