THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PRITISH VORA, | Case No: 8:19-cv-00302-AG-KES |
| Plaintiff, | |
| vs. | **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendant. | |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its Answer and Defenses to Plaintiff's Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

1. Equifax states that the legislative history of 15 U.S.C. § 1681, *et seq.*,

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

the Fair Credit Reporting Act ("FCRA"), speaks for itself and to the extent that Plaintiff misstates, misrepresents, and/or mischaracterizes the legislative history of the FCRA, the allegations in Paragraph 1 are denied.

2.      Equifax states that the FCRA speaks for itself and to the extent that Plaintiff misstates, misrepresents, and/or mischaracterizes the FCRA, the allegations in Paragraph 2 are denied.

3.      Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

4.      Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

5.      Equifax states that Paragraph 5 is a narrative to which no response is required. To the extent Paragraph 5 could be interpreted to contain allegations, they are denied.

6.      To the extent Plaintiff has properly alleged his claims, Equifax admits the Court may exercise its jurisdiction.

7.      Equifax admits it conducts business in the Central District of California. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.      Equifax admits the allegations in Paragraph 10.

11.      Equifax admits the allegations in Paragraph 11.

12.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

13. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax admits the allegations in Paragraph 16.

17. Equifax admits the allegations in Paragraph 17.

18. Equifax admits the allegations in Paragraph 18.

19. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

20. Equifax admits that it is a wholly-owed subsidiary of Equifax, Inc.

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax denies the allegations in Paragraph 27.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax reasserts and re-alleges its responses and defenses as set forth above in Paragraphs 1 through 33.

35.     Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

36.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 36.

37.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 37.

38.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 38.

39.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 39.

40.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 4 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 40.

41.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 41.

42.     Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

43.     Equifax admits the allegations in Paragraph 43.

44.     Equifax admits the allegations in Paragraph 44.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 47.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 50.

51.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates,

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 5 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 51.

52.     Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 52.

53.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.     Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 56.

57.     Equifax admits the allegations in Paragraph 57 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57.

58.     Equifax denies the allegations in Paragraph 58 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 58.

59.     Equifax denies the allegations in Paragraph 59 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 59.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 6 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

60.     Equifax states that the case law referenced in Paragraph 60 speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the referenced case law, Equifax denies the allegations in Paragraph 60.

61.     Equifax states that the allegations in Paragraph 61 are narrative to which no response is required.  To the extent that Paragraph 61 could be interpreted to contain allegations, they are denied.

62.     Equifax denies the allegations in Paragraph 62 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 62.

63.     Equifax denies the allegations in Paragraph 63 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63.

64.     Equifax states that the FCRA speaks for itself and to the extent that Plaintiff misstates, misrepresents, and/or mischaracterizes the FCRA, the allegations in Paragraph 64 are denied.

65.     Equifax states that the allegations in Paragraph 65 are narrative to which no response is required.  To the extent that Paragraph 65 could be interpreted to contain allegations, they are denied.

66.     Equifax denies the allegations in Paragraph 66 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66.

67.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.     Equifax admits that it received a dispute from Plaintiff. The dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute Equifax denies those allegations. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 7 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

69.    Equifax denies the allegations in Paragraph 69 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 69.

70.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71.

72.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.    Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 8 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

are denied.

82.    Equifax admits that it received a dispute from Plaintiff. The dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute Equifax denies those allegations. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 82.

83.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.    Equifax admits that it received a dispute from Plaintiff. The dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute Equifax denies those allegations.

85.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.    Equifax admits that it received a dispute from Plaintiff. The dispute speaks for itself, and to the extent that Plaintiff misstates, misquotes, mischaracterizes, or takes out of context the contents of the dispute Equifax denies those allegations.

87.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.    Equifax admits that it reinvestigated Plaintiff's dispute in accordance with the requirements of the FCRA.

89.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.    Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

91.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94.    Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied

95.    Equifax denies the allegations in Paragraph 95 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 95.

96.    Equifax denies the allegations in Paragraph 96 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 96.

97.    Equifax denies the allegations in Paragraph 97 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97.

98.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98.

99.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100.

101.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102.    Equifax is without knowledge or information sufficient to form a

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 10 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

belief as to the truth of the allegations in Paragraph 102.

103.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.   Equifax admits that it enters into subscriber agreements with data furnishers. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108.

109.   Equifax denies the allegations in Paragraph 109 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109.

110.   Equifax denies the allegations in Paragraph 110 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110.

111.   Equifax denies the allegations in Paragraph 111 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 111.

112.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

113.   Equifax denies the allegations in Paragraph 113 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 11 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

to the truth of the remaining allegations in Paragraph 113.

114.   Equifax denies the allegations in Paragraph 114 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 114.

115.   Equifax denies the allegations in Paragraph 115 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 115.

116.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.   Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

118.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.   Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

120.   Equifax denies the allegations in Paragraph 120 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 120.

121.   Equifax denies the allegations in Paragraph 121 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 121.

122.   Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 12 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 122.

123.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.   Equifax denies the allegations in Paragraph 124 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 124.

125.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

128.   Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 128.

129.   Equifax admits that it may communicate consumer disputes to data furnishers via e-OSCAR.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132.   Equifax states that the referenced documents speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1   the referenced documents, the allegations are denied.

2       133.   Equifax states that the referenced documents speak for themselves, and

3   to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context

4   the referenced documents, the allegations are denied.

5       134.   Equifax admits that the Consumer Data Industry Association is an

6   industry trade association.

7       135.   Equifax is without knowledge or information sufficient to form a

8   belief as to the truth of the remaining allegations in Paragraph 135.

9       136.   Equifax states that the referenced documents speak for themselves, and

10  to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context

11  the referenced documents, the allegations are denied.

12      137.   Equifax denies the allegations in Paragraph 137 as they pertain to

13  Equifax. Equifax is without knowledge or information sufficient to form a belief as

14  to the truth of the remaining allegations in Paragraph 137.

15      138.   Equifax denies the allegations in Paragraph 138 as they pertain to

16  Equifax. Equifax is without knowledge or information sufficient to form a belief as

17  to the truth of the remaining allegations in Paragraph 138.

18      139.   Equifax is without knowledge or information sufficient to form a

19  belief as to the truth of the allegations in Paragraph 139.

20      140.   Equifax is without knowledge or information sufficient to form a

21  belief as to the truth of the allegations in Paragraph 140.

22      141.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff

23  misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations

24  in Paragraph 141.

25      142.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff

26  misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations

27  in Paragraph 142. Equifax denies the remaining allegations in Paragraph 142 as

28  they pertain to Equifax. Equifax is without knowledge or information sufficient to

- 14 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

form a belief as to the truth of the remaining allegations in Paragraph 142.

143.  Equifax denies the allegations in Paragraph 143 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 143.

144.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145.  Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 145.

146.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147.  Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 147.

148.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

149.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149.

150.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151.  Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

152.   Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

153.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

154.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155.

156.   Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

157.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157.

158.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158.

159.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159.

160.   Equifax stated that Paragraph 160 contains a narrative to which no response is required.

161.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161.

162.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162.

163.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

in Paragraph 163.

164.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164.

165.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 165.

166.   Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 166.

167.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167.

168.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

169.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

170.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170.

171.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171.

172.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172.

173.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173.

174.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174.

175.   Equifax states that no consumer report is specifically identified in Plaintiff's Complaint.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 17 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

176.   Equifax denies the allegations in Paragraph 176.

177.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177.

178.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178.

179.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179.

180.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

181.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181.

182.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182.

183.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183.

184.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184.

185.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185.

186.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186.

187.   Equifax denies the allegations in Paragraph 187 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 187.

188.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188.

189.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

190.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190.

191.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191.

192.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192.

193.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193.

194.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194.

195.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195.

196.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196.

197.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197.

198.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 198.

199.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199.

200.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200.

201.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201.

202.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202.

203.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 19 —
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

204.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204.

205.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205.

206.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206.

207.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207.

208.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 208.

209.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209.

210.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210.

211.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211.

212.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212.

213.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213.

214.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214.

215.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215.

216.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216.

217.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

218.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 218.

219.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219.

220.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220.

221.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221.

222.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 222.

223.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223.

224.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224.

225.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225.

226.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226.

227.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227.

228.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228.

229.   Equifax admits it reinvestigated Plaintiff's dispute in accordance with the requirements of the FCRA.

230.   Equifax admits it reinvestigated Plaintiff's dispute in accordance with the requirements of the FCRA.

231.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 21 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

takes out of context the legal authorities, the allegations are denied.

232.   Equifax denies the allegations in Paragraph 232, but admits that it received a fraud referral from Trans Union on or around June 18, 2017.

233.   Equifax admits that it notified the data furnisher of the June 18, 2017 fraud referral.  Equifax denies the remaining allegations in Paragraph 233.

234.   Equifax denies the allegations in Paragraph 234.

235.   Equifax admits it reinvestigated Plaintiff's dispute in accordance with the requirements of the FCRA.

236.   Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied.

237.   Equifax admits it reinvestigated Plaintiff's dispute in accordance with the requirements of the FCRA.

238.   Equifax admits it sent reinvestigation results to Plaintiff, the contents of which speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the reinvestigation results, the allegations are denied.

239.   Equifax denies the allegations in Paragraph 239.

240.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 240.

241.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241.

242.   Equifax denies the allegations in Paragraph 242 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 242.

243.   Equifax denies the allegations in Paragraph 243 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as

- 22 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

to the truth of the remaining allegations in Paragraph 243.

244.   Equifax denies the allegations in Paragraph 244 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 244.

245.   Equifax admits that some consumer disputes may be processed by agents employed by a vendor.   Equifax denies the remaining allegations in Paragraph 245.

246.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246.

247.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247.

248.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248.

249.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 249.

250.   Equifax denies the allegations in Paragraph 250 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 250.

251.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 251.

252.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 252.

253.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 253.

254.  Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

255.  Equifax states that the referenced legal authorities speak for

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

256. Equifax denies the allegations in Paragraph 256 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 256.

257. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

258. Equifax restates its answers and defenses to Paragraphs 1-257.

259. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

260. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 260.

261. Equifax denies the allegations in Paragraph 261 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 261.

262. Equifax denies the allegations in Paragraph 262 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 262.

263. Equifax denies the allegations in Paragraph 263 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 263.

264. Equifax denies the allegations in Paragraph 264 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 264.

265. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 24 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

takes out of context the legal authorities, the allegations are denied.

266.   Equifax denies the allegations in Paragraph 266 as they relate to Equifax's motive or purpose. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 266.

267.   Equifax denies the allegations in Paragraph 267 as they relay to Equifax's motive or purpose. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 267.

268.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 268.

269.   Equifax states that the referenced portion of the *Miller v. Equifax Info Servs. LLC* trial transcript speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the referenced portion of the trial transcript, the allegations are denied.

270.   Equifax denies the allegations in Paragraph 270 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 270.

271.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

272.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

273.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 273.

274.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 274.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

275. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 275.

276. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276.

277. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 277.

278. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278.

279. Equifax denies the allegations in Paragraph 279 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 279.

280. Equifax denies the allegations in Paragraph 280 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 280.

281. Equifax denies the allegations in Paragraph 281 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 281.

282. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 282.

283. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 283.

284. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

285. Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

286. Equifax is without knowledge or information sufficient to form a

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

belief as to the truth of the allegations in Paragraph 286.

287.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

288.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

289.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

290.   Equifax states that the referenced legal authorities speak for themselves, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the legal authorities, the allegations are denied.

291.   Equifax denies the allegations in Paragraph 291 as they pertain to Equifax.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 291.

292.   Equifax admits that Plaintiff purports to bring a claim under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Equifax denies that it violated the FCRA, denies that Plaintiff was damaged by any action or inaction of Equifax, and denies that Plaintiff is entitled to any of the relief requested.

293.   Equifax restates its answers and defenses to Paragraphs 1-292.

294.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 294.

295.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 295.

296.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296.

297.   Equifax is without knowledge or information sufficient to form a

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 27 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1   belief as to the truth of the allegations in Paragraph 297.

2         298.   Equifax restates its answers and defenses to Paragraphs 1-297.

3         299.   Equifax is without knowledge or information sufficient to form a

4   belief as to the truth of the allegations in Paragraph 299.

5         300.   Equifax is without knowledge or information sufficient to form a

6   belief as to the truth of the allegations in Paragraph 300.

7         301.   Equifax is without knowledge or information sufficient to form a

8   belief as to the truth of the allegations in Paragraph 301.

9         302.   Equifax is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations in Paragraph 302.

11         303.   Equifax restates its answers and defenses to Paragraphs 1-302.

12         304.   Equifax is without knowledge or information sufficient to form a

13   belief as to the truth of the allegations in Paragraph 304.

14         305.   Equifax is without knowledge or information sufficient to form a

15   belief as to the truth of the allegations in Paragraph 305.

16         306.   Equifax is without knowledge or information sufficient to form a

17   belief as to the truth of the allegations in Paragraph 306.

18         307.   Equifax is without knowledge or information sufficient to form a

19   belief as to the truth of the allegations in Paragraph 307.

20         308.   Equifax restates its answers and defenses to Paragraphs 1-307.

21         309.   Equifax is without knowledge or information sufficient to form a

22   belief as to the truth of the allegations in Paragraph 309.

23         310.   Equifax admits it received a dispute from Plaintiff. Equifax states that

24   the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates,

25   mischaracterizes, or takes out of context the dispute with Equifax, the allegations

26   are denied. Equifax denies the remaining allegations in Paragraph 310.

27         311.   Equifax is without knowledge or information sufficient to form a

28   belief as to the truth of the allegations in Paragraph 311.

- 28 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

312. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes the FCRA, Equifax denies the allegations in Paragraph 312.

313. Equifax denies the allegations in Paragraph 313 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 313.

314. Equifax denies the allegations in Paragraph 314 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 314.

315. Equifax denies the allegations in Paragraph 315 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 315.

316. Equifax denies the allegations in Paragraph 316 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 316.

317. Equifax restates its answers and defenses to Paragraphs 1-316.

318. Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

319. Equifax denies the allegations in Paragraph 319.

320. Equifax denies the allegations in Paragraph 320.

321. Equifax denies the allegations in Paragraph 321.

322. Equifax denies the allegations in Paragraph 322.

323. Equifax denies the allegations in Paragraph 323.

324. Equifax denies the allegations in Paragraph 324.

325. Equifax restates its answers and defenses to Paragraphs 1-324.

326. Equifax admits it received a dispute from Plaintiff. Equifax states that

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 29 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

327. Equifax denies the allegations in Paragraph 327.

328. Equifax denies the allegations in Paragraph 328.

329. Equifax denies the allegations in Paragraph 329.

330. Equifax denies the allegations in Paragraph 330.

331. Equifax denies the allegations in Paragraph 331.

332. Equifax denies the allegations in Paragraph 332.

333. Equifax denies the allegations in Paragraph 333.

334. Equifax restates its answers and defenses to Paragraphs 1-333.

335. Equifax admits it received a dispute from Plaintiff. Equifax states that the dispute speaks for itself, and to the extent Plaintiff misquotes, misstates, mischaracterizes, or takes out of context the dispute with Equifax, the allegations are denied.

336. Equifax denies the allegations in Paragraph 336.

337. Equifax denies the allegations in Paragraph 337.

338. Equifax denies the allegations in Paragraph 338.

339. Equifax denies the allegations in Paragraph 339.

340. Equifax denies the allegations in Paragraph 340.

341. Equifax denies the allegations in Paragraph 341.

342. Equifax restates its answers and defenses to Paragraphs 1-341.

343. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 343.

344. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 344.

345. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 345.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

346.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 346.

347.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 347.

348.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 348.

349.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 349.

350.   Equifax restates its answers and defenses to Paragraphs 1-349.

351.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 351.

352.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 352.

353.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 353.

354.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 354.

355.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 355.

356.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 356.

357.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 357.

358.   Equifax restates its answers and defenses to Paragraphs 1-357.

359.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 359.

360.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 360.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

361.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 361.

362.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 362.

363.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 363.

364.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 364.

365.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 365.

366.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 366.

367.   Equifax restates its answers and defenses to Paragraphs 1-366.

368.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 368.

369.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 369.

370.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 370.

371.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 371.

372.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 372.

373.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 373.

374.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 374.

375.   Equifax restates its answers and defenses to Paragraphs 1-374.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

376. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 376.

377. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 377.

378. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 378.

379. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 379.

380. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 380.

381. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 381.

382. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 382.

383. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 383.

384. Equifax restates its answers and defenses to Paragraphs 1-383.

385. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 385.

386. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 386.

387. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 387.

388. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 388.

389. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 389.

390. Equifax is without knowledge or information sufficient to form a

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

belief as to the truth of the allegations in Paragraph 390.

391.  Equifax restates its answers and defenses to Paragraphs 1-390.

392.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 392.

393.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 393.

394.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 394.

395.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 395.

396.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 396.

397.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 397.

398.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 398.

399.  Equifax restates its answers and defenses to Paragraphs 1-398.

400.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 400.

401.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 401.

402.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 402.

403.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 403.

404.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 404.

405.  Equifax is without knowledge or information sufficient to form a

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

belief as to the truth of the allegations in Paragraph 405.

406.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 406.

407.   Equifax restates its answers and defenses to Paragraphs 1-406.

408.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 408.

409.   Equifax denies the allegations in Paragraph 409.

410.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 410.

411.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 411.

412.   Equifax denies the allegations in Paragraph 412.

413.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 413.

414.   Equifax denies the allegations in Paragraph 414 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 414.

415.   Equifax denies the allegations in Paragraph 415 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 415.

416.   Equifax restates its answers and defenses to Paragraphs 1-415.

417.   Equifax states that the requirements of 15 U.S.C. § 1681h(c) apply to file disclosures pursuant to 15 U.S.C. § 1681g.  To the extent further response to the allegations in Paragraph 417 is required, Equifax denies the allegations.

418.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 418.

419.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 419.

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

420.    Equifax denies the allegations in Paragraph 420 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 420.

421.    Equifax denies the allegations in Paragraph 421 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 421.

422.    Paragraph 422 was omitted by Plaintiff.

423.    Equifax denies the allegations in Paragraph 423 as they pertain to Equifax. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 423.

424.    Equifax admits Plaintiff demands a trial by jury.

425.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph 425.

426.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 426.

427.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph 427.

428.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph 428.

429.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 429.

430.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 430.

431.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph 431.

432.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph 432

433.    Equifax denies Plaintiff is entitled to any relief claimed in Paragraph

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

433

434.  Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax pleads the following defenses to the Complaint:

## FIRST DEFENSE

At all pertinent times, Equifax maintained reasonable procedures to assure maximum possible accuracy in its credit reports.

## SECOND DEFENSE

Plaintiff's damages, if any, were not caused by Equifax, but by another person or entity for whom or for which Equifax is not responsible.

## THIRD DEFENSE

Equifax has complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

## FOURTH DEFENSE

Plaintiff cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

## FIFTH DEFENSE

Equifax adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases:  *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 37 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1    (1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice,

2    with all costs taxed against Plaintiff;

3    (2)    it be dismissed as a party to this action;

4    (3)    it recover such other and additional relief as the Court deems just and

5    appropriate.

6

7    Respectfully submitted this 18th day of March 2019.

8

9                          NOKES & QUINN

10                          /s/ Thomas P. Quinn, Jr.

11                         THOMAS P. QUINN, JR.
                          Attorneys for Defendant
12                         EQUIFAX INFORMATION SERVICES
                          LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 38 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 18, 2019, I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT;

[  ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on March 18, 2019, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

– 39 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

## <u>SERVICE LIST</u>

Pritish Vora
27758 Santa Margarita Parkway No. 530
Mission Viejo, CA 92691
949-292-8359
Email: pvora2112@gmail.com
***Plaintiff Pro Se***

Sheereen Javadizadeh
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612-4408
949-851-3939
Fax: 949-553-7539
Email: sjavadizadeh@jonesday.com
***Attorneys for Defendant Experian***
***Information Solutions, Inc.***

Donald E Bradley
Musick Peeler and Garrett LLP
650 Town Center Drive Suite 1200
Costa Mesa, CA 92626-1925
714-668-2400
Fax: 714-668-2490
Email: d.bradley@musickpeeler.com
***Attorneys for Defendant Trans Union,***
***LLC***

– 40 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT