THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　Defendant. | Case No: 8:19-cv-00302-AG-KES<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]** |

　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") hereby certifies that it is a wholly-owned subsidiary of Equifax, Inc., a publicly traded company.  No other entity owns more than 10% of its stock.

　　　Respectfully submitted this 18th day of March, 2019.

　　　　　　　　　　　　　　　NOKES & QUINN

　　　　　　　　　　　　　　　 /s/  Thomas P. Quinn, Jr.
　　　　　　　　　　　　　　　THOMAS P. QUINN, JR.
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 1 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On March 18, 2019, I served a true copy of DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1];

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on March 18, 2019, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

# SERVICE LIST

Pritish Vora
27758 Santa Margarita Parkway No. 530
Mission Viejo, CA 92691
949-292-8359
Email: pvora2112@gmail.com
*Plaintiff Pro Se*

Sheereen Javadizadeh
Jones Day
3161 Michelson Drive Suite 800
Irvine, CA 92612-4408
949-851-3939
Fax: 949-553-7539
Email: sjavadizadeh@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Donald E Bradley
Musick Peeler and Garrett LLP
650 Town Center Drive Suite 1200
Costa Mesa, CA 92626-1925
714-668-2400
Fax: 714-668-2490
Email: d.bradley@musickpeeler.com
*Attorneys for Defendant Trans Union, LLC*

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]