Sheereen Javadizadeh (State Bar No. 288141)
sjavadizadeh@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>                    Plaintiff,<br><br>          v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 8:19-cv-00302-AG-KES<br><br>Hon. Andrew J. Guilford<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: February 14, 2019 |

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Pritish Vora's ("Plaintiff") Complaint (the "Complaint") as follows:

## **PRELIMINARY STATEMENT**

1.     In response to paragraph 1 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.      In response to paragraph 2 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.      In response to paragraph 3 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.      In response to paragraph 4 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

6.      In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. § 1681p and 28 U.S.C. § 1331.  Experian states that this is a legal conclusion which

1  is not subject to denial or admission.

2     7.     In response to paragraph 7 of the Complaint, Experian admits that

3  Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b).

4  Experian states that this is a legal conclusion which is not subject to denial or

5  admission.  Experian further admits that it is qualified to do business and conducts

6  business in the State of California.  Except as specifically admitted, Experian is

7  without knowledge or information sufficient to form a belief as to the truth of the

8  remaining allegations contained therein and, on that basis, denies, generally and

9  specifically, each and every remaining allegation contained therein.

10                                  **PARTIES**

11     8.     In response to paragraph 8 of the Complaint, Experian is without

12  knowledge or information sufficient to form a belief as to the truth of the

13  allegations contained therein and, on that basis, denies, generally and specifically,

14  each and every allegation contained therein.

15     9.     In response to paragraph 9 of the Complaint, Experian states that the

16  allegations contained therein are legal conclusions not subject to admission or

17  denial.  To the extent a response is required, Experian is without knowledge or

18  information sufficient to form a belief as to the truth of the allegations contained in

19  paragraph 9 of the Complaint and, on that basis, denies, generally and specifically,

20  each and every allegation contained therein.

21     10.     In response to paragraph 10 of the Complaint, Experian is without

22  knowledge or information sufficient to form a belief as to the truth of the

23  allegations contained therein and, on that basis, denies, generally and specifically,

24  each and every allegation contained therein.

25     11.     In response to paragraph 11 of the Complaint, Experian is without

26  knowledge or information sufficient to form a belief as to the truth of the

27  allegations contained therein and, on that basis, denies, generally and specifically,

28  each and every allegation contained therein.

12.    In response to paragraph 12 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 12 of the Complaint.

13.    In response to paragraph 13 of the Complaint, Experian admits that it is qualified to do business and conducts business in the State of California.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 13 of the Complaint.

14.    In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.    In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.    In response to paragraph 16 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f).  As to the allegations in paragraph 16 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint.

17.    In response to paragraph 17 of the Complaint, admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  As to the allegations in paragraph 17 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every

remaining allegation of paragraph 17 of the Complaint.

18.     In response to paragraph 18 of the Complaint, Experian admits that it is a "person" as defined by 15 U.S.C. § 1681a(b).  As to the allegations in paragraph 18 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian admits that it is an Ohio corporation with its corporate headquarters in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 21 of the Complaint.

22.     In response to paragraph 22 of the Complaint, Experian admits that it is an Ohio corporation with its corporate headquarters in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

1  each and every allegation contained therein.

2       31.    In response to paragraph 31 of the Complaint, Experian admits that it

3  is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such,

4  issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically

5  admitted, Experian denies, generally and specifically, each and every remaining

6  allegation of paragraph 31 of the Complaint.

7       32.    In response to paragraph 32 of the Complaint, Experian is without

8  knowledge or information sufficient to form a belief as to the truth of the

9  allegations contained therein and, on that basis, denies, generally and specifically,

10 each and every allegation contained therein.

11      33.    In response to paragraph 33 of the Complaint, Experian is without

12 knowledge or information sufficient to form a belief as to the truth of the

13 allegations contained therein and, on that basis, denies, generally and specifically,

14 each and every allegation contained therein.

15                      **STATEMENT OF FACTS**

16      34.    In response to paragraph 34 of the Complaint, Experian repeats,

17 realleges, and incorporates by reference paragraphs 1 through 33 above as if fully

18 set forth herein.

19      35.    In response to paragraph 35 of the Complaint, Experian states that the

20 allegations contained therein are legal conclusions not subject to admission or

21 denial.  To the extent a response is required, Experian is without knowledge or

22 information sufficient to form a belief as to the truth of the allegations contained in

23 paragraph 35 of the Complaint and, on that basis, denies, generally and specifically,

24 each and every allegation contained therein.

25      36.    In response to paragraph 36 of the Complaint, Experian admits that the

26 allegations contained therein appear to set forth a portion of the federal Fair Credit

27 Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act

28 speaks for itself and, on that basis, denies any allegations of paragraph 36

1  inconsistent therewith.

2      37.    In response to paragraph 37 of the Complaint, Experian admits that the

3  allegations contained therein appear to set forth a portion of the federal Fair Credit

4  Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act

5  speaks for itself and, on that basis, denies any allegations of paragraph 37

6  inconsistent therewith.

7      38.    In response to paragraph 38 of the Complaint, Experian admits that the

8  allegations contained therein appear to set forth a portion of the federal Fair Credit

9  Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act

10 speaks for itself and, on that basis, denies any allegations of paragraph 38

11 inconsistent therewith.

12     39.    In response to paragraph 39 of the Complaint, Experian admits that the

13 allegations contained therein appear to set forth a portion of the federal Fair Credit

14 Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act

15 speaks for itself and, on that basis, denies any allegations of paragraph 39

16 inconsistent therewith.

17     40.    In response to paragraph 40 of the Complaint, Experian admits that the

18 allegations contained therein appear to set forth a portion of the federal Fair Credit

19 Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act

20 speaks for itself and, on that basis, denies any allegations of paragraph 40

21 inconsistent therewith.

22     41.    In response to paragraph 41 of the Complaint, Experian states that the

23 allegations contained therein are legal conclusions not subject to admission or

24 denial.  To the extent a response is required, Experian is without knowledge or

25 information sufficient to form a belief as to the truth of the allegations contained in

26 paragraph 41 of the Complaint and, on that basis, denies, generally and specifically,

27 each and every allegation contained therein.

28     //

42.     In response to paragraph 42 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the federal Fair Credit Reporting Act.  Experian affirmatively states that the Fair Credit Reporting Act speaks for itself and, on that basis, denies any allegations of paragraph 47 inconsistent therewith.

//

48.     In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55.     In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.     In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

1  allegations contained therein and, on that basis, denies, generally and specifically,

2  each and every allegation contained therein.

3      62.    In response to paragraph 62 of the Complaint, Experian denies,

4  generally and specifically, each and every allegation contained therein that relates

5  to Experian.  As to the allegations in paragraph 62 of the Complaint that relate to

6  the other defendants, Experian does not have knowledge or information sufficient

7  to form a belief as to the truth of those allegations and, on that basis, denies,

8  generally and specifically, each and every remaining allegation of paragraph 62 of

9  the Complaint.

10      63.    In response to paragraph 63 of the Complaint, Experian denies,

11  generally and specifically, each and every allegation contained therein that relates

12  to Experian.  As to the allegations in paragraph 63 of the Complaint that relate to

13  the other defendants, Experian does not have knowledge or information sufficient

14  to form a belief as to the truth of those allegations and, on that basis, denies,

15  generally and specifically, each and every remaining allegation of paragraph 63 of

16  the Complaint.

17      64.    In response to paragraph 64 of the Complaint, Experian states that the

18  allegations contained therein are legal conclusions not subject to admission or

19  denial.  To the extent a response is required, Experian is without knowledge or

20  information sufficient to form a belief as to the truth of the allegations contained in

21  paragraph 64 of the Complaint and, on that basis, denies, generally and specifically,

22  each and every allegation contained therein.

23      65.    In response to paragraph 65 of the Complaint, Experian is without

24  knowledge or information sufficient to form a belief as to the truth of the

25  allegations contained therein and, on that basis, denies, generally and specifically,

26  each and every allegation contained therein.

27      66.    In response to paragraph 66 of the Complaint, Experian is without

28  knowledge or information sufficient to form a belief as to the truth of the

1  allegations contained therein and, on that basis, denies, generally and specifically,

2  each and every allegation contained therein.

3      67.    In response to paragraph 67 of the Complaint, Experian is without

4  knowledge or information sufficient to form a belief as to the truth of the

5  allegations contained therein and, on that basis, denies, generally and specifically,

6  each and every allegation contained therein.

7      68.    In response to paragraph 68 of the Complaint, Experian is without

8  knowledge or information sufficient to form a belief as to the truth of the

9  allegations contained therein and, on that basis, denies, generally and specifically,

10  each and every allegation contained therein.

11      69.    In response to paragraph 69 of the Complaint, Experian denies,

12  generally and specifically, each and every allegation contained therein that relates

13  to Experian.  As to the allegations in paragraph 69 of the Complaint that relate to

14  the other defendants, Experian does not have knowledge or information sufficient

15  to form a belief as to the truth of those allegations and, on that basis, denies,

16  generally and specifically, each and every remaining allegation of paragraph 69 of

17  the Complaint.

18      70.    In response to paragraph 70 of the Complaint, Experian is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations contained therein and, on that basis, denies, generally and specifically,

21  each and every allegation contained therein.

22      71.    In response to paragraph 71 of the Complaint, Experian is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained therein and, on that basis, denies, generally and specifically,

25  each and every allegation contained therein.

26      72.    In response to paragraph 72 of the Complaint, Experian is without

27  knowledge or information sufficient to form a belief as to the truth of the

28  allegations contained therein and, on that basis, denies, generally and specifically,

1    each and every allegation contained therein.

2        73.    In response to paragraph 73 of the Complaint, Experian is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations contained therein and, on that basis, denies, generally and specifically,

5    each and every allegation contained therein.

6        74.    In response to paragraph 74 of the Complaint, Experian is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations contained therein and, on that basis, denies, generally and specifically,

9    each and every allegation contained therein.

10       75.    In response to paragraph 75 of the Complaint, Experian is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations contained therein and, on that basis, denies, generally and specifically,

13   each and every allegation contained therein.

14       76.    In response to paragraph 76 of the Complaint, Experian is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations contained therein and, on that basis, denies, generally and specifically,

17   each and every allegation contained therein.

18       77.    In response to paragraph 77 of the Complaint, Experian is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations contained therein and, on that basis, denies, generally and specifically,

21   each and every allegation contained therein.

22       78.    In response to paragraph 78 of the Complaint, Experian is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations contained therein and, on that basis, denies, generally and specifically,

25   each and every allegation contained therein.

26       79.    In response to paragraph 79 of the Complaint, Experian is without

27   knowledge or information sufficient to form a belief as to the truth of the

28   allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

80.    In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.    In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.    In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.    In response to paragraph 83 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.    In response to paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.    In response to paragraph 85 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.    In response to paragraph 86 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

1    each and every allegation contained therein.

2         87.    In response to paragraph 87 of the Complaint, Experian is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations contained therein and, on that basis, denies, generally and specifically,

5    each and every allegation contained therein.

6         88.    In response to paragraph 88 of the Complaint, Experian is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations contained therein and, on that basis, denies, generally and specifically,

9    each and every allegation contained therein.

10        89.    In response to paragraph 89 of the Complaint, Experian is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations contained therein and, on that basis, denies, generally and specifically,

13   each and every allegation contained therein.

14        90.    In response to paragraph 90 of the Complaint, Experian is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations contained therein and, on that basis, denies, generally and specifically,

17   each and every allegation contained therein.

18        91.    In response to paragraph 91 of the Complaint, Experian is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations contained therein and, on that basis, denies, generally and specifically,

21   each and every allegation contained therein.

22        92.    In response to paragraph 92 of the Complaint, Experian is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations contained therein and, on that basis, denies, generally and specifically,

25   each and every allegation contained therein.

26        93.    In response to paragraph 93 of the Complaint, Experian is without

27   knowledge or information sufficient to form a belief as to the truth of the

28   allegations contained therein and, on that basis, denies, generally and specifically,

1    each and every allegation contained therein.

2            94.    In response to paragraph 94 of the Complaint, Experian is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations contained therein and, on that basis, denies, generally and specifically,

5    each and every allegation contained therein.

6            95.    In response to paragraph 95 of the Complaint, Experian is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations contained therein and, on that basis, denies, generally and specifically,

9    each and every allegation contained therein.

10           96.    In response to paragraph 96 of the Complaint, Experian denies,

11   generally and specifically, each and every allegation contained therein that relates

12   to Experian.  As to the allegations in paragraph 96 of the Complaint that relate to

13   the other defendants, Experian does not have knowledge or information sufficient

14   to form a belief as to the truth of those allegations and, on that basis, denies,

15   generally and specifically, each and every remaining allegation of paragraph 96 of

16   the Complaint.

17           97.    In response to paragraph 97 of the Complaint, Experian is without

18   knowledge or information sufficient to form a belief as to the truth of the

19   allegations contained therein and, on that basis, denies, generally and specifically,

20   each and every allegation contained therein.

21           98.    In response to paragraph 98 of the Complaint, denies, generally and

22   specifically, each and every allegation contained therein.

23           99.    In response to paragraph 99 of the Complaint, Experian is without

24   knowledge or information sufficient to form a belief as to the truth of the

25   allegations contained therein and, on that basis, denies, generally and specifically,

26   each and every allegation contained therein.

27           100.   In response to paragraph 100 of the Complaint, Experian states that the

28   allegations contained therein are legal conclusions not subject to admission or

denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

101.   In response to paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

102.   In response to paragraph 102 of the Complaint, admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 102 of the Complaint.

103.   In response to paragraph 103 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104.   In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.   In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.   In response to paragraph 106 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

//

107.   In response to paragraph 107 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108.   In response to paragraph 108 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 108 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 108 of the Complaint.

109.   In response to paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 109 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint.

110.   In response to paragraph 110 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 110 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 110 of the Complaint.

111.   In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 111 of the Complaint that relate to

the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 111 of the Complaint.

112.   In response to paragraph 112 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

113.   In response to paragraph 113 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 113 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 113 of the Complaint.

114.   In response to paragraph 114 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 114 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 114 of the Complaint.

115.   In response to paragraph 115 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 115 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient

1  to form a belief as to the truth of those allegations and, on that basis, denies,

2  generally and specifically, each and every remaining allegation of paragraph 115 of

3  the Complaint.

4          116.   In response to paragraph 116 of the Complaint, Experian is without

5  knowledge or information sufficient to form a belief as to the truth of the

6  allegations contained therein and, on that basis, denies, generally and specifically,

7  each and every allegation contained therein.

8          117.   In response to paragraph 117 of the Complaint, Experian is without

9  knowledge or information sufficient to form a belief as to the truth of the

10  allegations contained therein and, on that basis, denies, generally and specifically,

11  each and every allegation contained therein.

12          118.   In response to paragraph 118 of the Complaint, Experian is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations contained therein and, on that basis, denies, generally and specifically,

15  each and every allegation contained therein.

16          119.   In response to paragraph 119 of the Complaint, Experian is without

17  knowledge or information sufficient to form a belief as to the truth of the

18  allegations contained therein and, on that basis, denies, generally and specifically,

19  each and every allegation contained therein.

20          120.   In response to paragraph 120 of the Complaint, Experian denies,

21  generally and specifically, each and every allegation contained therein that relates

22  to Experian.  As to the allegations in paragraph 120 of the Complaint that relate to

23  the other defendants, Experian does not have knowledge or information sufficient

24  to form a belief as to the truth of those allegations and, on that basis, denies,

25  generally and specifically, each and every remaining allegation of paragraph 120 of

26  the Complaint.

27          121.   In response to paragraph 121 of the Complaint, Experian denies,

28  generally and specifically, each and every allegation contained therein that relates

to Experian.  As to the allegations in paragraph 121 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 121 of the Complaint.

122.   In response to paragraph 122 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

123.   In response to paragraph 123 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## METRO 2: FLIGHT OF THE PARROTS

124.   In response to paragraph 124 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 124 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 124 of the Complaint.

125.   In response to paragraph 125 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.   In response to paragraph 126 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

1   each and every allegation contained therein.

2       127.   In response to paragraph 127 of the Complaint, Experian states that the

3   allegations contained therein are legal conclusions not subject to admission or

4   denial.  To the extent a response is required, Experian is without knowledge or

5   information sufficient to form a belief as to the truth of the allegations contained in

6   paragraph 127 of the Complaint and, on that basis, denies, generally and

7   specifically, each and every allegation contained therein.

8       128.   In response to paragraph 128 of the Complaint, Experian is without

9   knowledge or information sufficient to form a belief as to the truth of the

10  allegations contained therein and, on that basis, denies, generally and specifically,

11  each and every allegation contained therein.

12      129.   In response to paragraph 129 of the Complaint, Experian is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations contained therein and, on that basis, denies, generally and specifically,

15  each and every allegation contained therein.

16      130.   In response to paragraph 130 of the Complaint, Experian is without

17  knowledge or information sufficient to form a belief as to the truth of the

18  allegations contained therein and, on that basis, denies, generally and specifically,

19  each and every allegation contained therein.

20      131.   In response to paragraph 131 of the Complaint, Experian is without

21  knowledge or information sufficient to form a belief as to the truth of the

22  allegations contained therein and, on that basis, denies, generally and specifically,

23  each and every allegation contained therein.

24      132.   In response to paragraph 132 of the Complaint, Experian is without

25  knowledge or information sufficient to form a belief as to the truth of the

26  allegations contained therein and, on that basis, denies, generally and specifically,

27  each and every allegation contained therein.

28      //

133.   In response to paragraph 133 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

134.   In response to paragraph 134 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

135.   In response to paragraph 135 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

136.   In response to paragraph 136 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

137.   In response to paragraph 137 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 137 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 137 of the Complaint.

138.   In response to paragraph 138 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 138 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies,

1  generally and specifically, each and every remaining allegation of paragraph 138 of
2  the Complaint.

3       139.   In response to paragraph 139 of the Complaint, Experian is without
4  knowledge or information sufficient to form a belief as to the truth of the
5  allegations contained therein and, on that basis, denies, generally and specifically,
6  each and every allegation contained therein.

7       140.   In response to paragraph 140 of the Complaint, Experian is without
8  knowledge or information sufficient to form a belief as to the truth of the
9  allegations contained therein and, on that basis, denies, generally and specifically,
10 each and every allegation contained therein.

11      141.   In response to paragraph 141 of the Complaint, Experian states that the
12 allegations contained therein are legal conclusions not subject to admission or
13 denial.  To the extent a response is required, Experian is without knowledge or
14 information sufficient to form a belief as to the truth of the allegations contained in
15 paragraph 141 of the Complaint and, on that basis, denies, generally and
16 specifically, each and every allegation contained therein.

17      142.   In response to paragraph 142 of the Complaint, Experian denies,
18 generally and specifically, each and every allegation contained therein that relates
19 to Experian.  As to the allegations in paragraph 142 of the Complaint that relate to
20 the other defendants, Experian does not have knowledge or information sufficient
21 to form a belief as to the truth of those allegations and, on that basis, denies,
22 generally and specifically, each and every remaining allegation of paragraph 142 of
23 the Complaint.

24      143.   In response to paragraph 143 of the Complaint, Experian denies,
25 generally and specifically, each and every allegation contained therein that relates
26 to Experian.  As to the allegations in paragraph 143 of the Complaint that relate to
27 the other defendants, Experian does not have knowledge or information sufficient
28 to form a belief as to the truth of those allegations and, on that basis, denies,

generally and specifically, each and every remaining allegation of paragraph 143 of the Complaint.

144.   In response to paragraph 144 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

145.   In response to paragraph 145 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

146.   In response to paragraph 146 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

147.   In response to paragraph 147 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

148.   In response to paragraph 148 of the Complaint, denies, generally and specifically, each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

149.   In response to paragraph 149 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

150.   In response to paragraph 150 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

1    each and every allegation contained therein.

2          151.   In response to paragraph 151 of the Complaint, Experian is without

3    knowledge or information sufficient to form a belief as to the truth of the

4    allegations contained therein and, on that basis, denies, generally and specifically,

5    each and every allegation contained therein.

6          152.   In response to paragraph 152 of the Complaint, Experian is without

7    knowledge or information sufficient to form a belief as to the truth of the

8    allegations contained therein and, on that basis, denies, generally and specifically,

9    each and every allegation contained therein.

10         153.   In response to paragraph 153 of the Complaint, Experian is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations contained therein and, on that basis, denies, generally and specifically,

13   each and every allegation contained therein.

14         154.   In response to paragraph 154 of the Complaint, Experian is without

15   knowledge or information sufficient to form a belief as to the truth of the

16   allegations contained therein and, on that basis, denies, generally and specifically,

17   each and every allegation contained therein.

18         155.   In response to paragraph 155 of the Complaint, Experian is without

19   knowledge or information sufficient to form a belief as to the truth of the

20   allegations contained therein and, on that basis, denies, generally and specifically,

21   each and every allegation contained therein.

22         156.   In response to paragraph 156 of the Complaint, Experian is without

23   knowledge or information sufficient to form a belief as to the truth of the

24   allegations contained therein and, on that basis, denies, generally and specifically,

25   each and every allegation contained therein.

26         157.   In response to paragraph 157 of the Complaint, Experian is without

27   knowledge or information sufficient to form a belief as to the truth of the

28   allegations contained therein and, on that basis, denies, generally and specifically,

1   each and every allegation contained therein.

2       158.   In response to paragraph 158 of the Complaint, Experian is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations contained therein and, on that basis, denies, generally and specifically,

5   each and every allegation contained therein.

6       159.   In response to paragraph 159 of the Complaint, Experian is without

7   knowledge or information sufficient to form a belief as to the truth of the

8   allegations contained therein and, on that basis, denies, generally and specifically,

9   each and every allegation contained therein.

10      160.   In response to paragraph 160 of the Complaint, Experian is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations contained therein and, on that basis, denies, generally and specifically,

13  each and every allegation contained therein.

14      161.   In response to paragraph 161 of the Complaint, Experian is without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations contained therein and, on that basis, denies, generally and specifically,

17  each and every allegation contained therein.

18      162.   In response to paragraph 162 of the Complaint, Experian is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations contained therein and, on that basis, denies, generally and specifically,

21  each and every allegation contained therein.

22      163.   In response to paragraph 163 of the Complaint, Experian is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained therein and, on that basis, denies, generally and specifically,

25  each and every allegation contained therein.

26      164.   In response to paragraph 164 of the Complaint, Experian is without

27  knowledge or information sufficient to form a belief as to the truth of the

28  allegations contained therein and, on that basis, denies, generally and specifically,

1   each and every allegation contained therein.

2       165.   In response to paragraph 165 of the Complaint, Experian is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations contained therein and, on that basis, denies, generally and specifically,

5   each and every allegation contained therein.

6       166.   In response to paragraph 166 of the Complaint, Experian states that the

7   allegations contained therein are legal conclusions not subject to admission or

8   denial.  To the extent a response is required, Experian is without knowledge or

9   information sufficient to form a belief as to the truth of the allegations contained in

10  paragraph 166 of the Complaint and, on that basis, denies, generally and

11  specifically, each and every allegation contained therein, including all subparts.

12      167.   In response to paragraph 167 of the Complaint, Experian is without

13  knowledge or information sufficient to form a belief as to the truth of the

14  allegations contained therein and, on that basis, denies, generally and specifically,

15  each and every allegation contained therein.

16      168.   In response to paragraph 168 of the Complaint, Experian states that the

17  allegations contained therein are legal conclusions not subject to admission or

18  denial.  To the extent a response is required, Experian is without knowledge or

19  information sufficient to form a belief as to the truth of the allegations contained in

20  paragraph 168 of the Complaint and, on that basis, denies, generally and

21  specifically, each and every allegation contained therein.

22      169.   In response to paragraph 169 of the Complaint, Experian states that the

23  allegations contained therein are legal conclusions not subject to admission or

24  denial.  To the extent a response is required, Experian is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations contained in

26  paragraph 169 of the Complaint and, on that basis, denies, generally and

27  specifically, each and every allegation contained therein.

28      //

170.   In response to paragraph 170 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

171.   In response to paragraph 171 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

172.   In response to paragraph 172 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

173.   In response to paragraph 173 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

174.   In response to paragraph 174 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein

175.   In response to paragraph 175 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

176.   In response to paragraph 176 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

177.   In response to paragraph 177 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

178.   In response to paragraph 178 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

179.   In response to paragraph 179 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

180.   In response to paragraph 180 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

181.   In response to paragraph 181 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

182.   In response to paragraph 182 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

183.   In response to paragraph 183 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

184.   In response to paragraph 184 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

185.   In response to paragraph 185 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

186.   In response to paragraph 186 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

187.   In response to paragraph 187 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

188.   In response to paragraph 188 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

189.   In response to paragraph 189 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

190.   In response to paragraph 190 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

191.   In response to paragraph 191 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

192.   In response to paragraph 192 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

1      193.   In response to paragraph 193 of the Complaint, Experian is without
2 knowledge or information sufficient to form a belief as to the truth of the
3 allegations contained therein and, on that basis, denies, generally and specifically,
4 each and every allegation contained therein.

5      194.   In response to paragraph 194 of the Complaint, Experian is without
6 knowledge or information sufficient to form a belief as to the truth of the
7 allegations contained therein and, on that basis, denies, generally and specifically,
8 each and every allegation contained therein.

9      195.   In response to paragraph 195 of the Complaint, Experian is without
10 knowledge or information sufficient to form a belief as to the truth of the
11 allegations contained therein and, on that basis, denies, generally and specifically,
12 each and every allegation contained therein.

13      196.   In response to paragraph 196 of the Complaint, Experian is without
14 knowledge or information sufficient to form a belief as to the truth of the
15 allegations contained therein and, on that basis, denies, generally and specifically,
16 each and every allegation contained therein.

17      197.   In response to paragraph 197 of the Complaint, Experian is without
18 knowledge or information sufficient to form a belief as to the truth of the
19 allegations contained therein and, on that basis, denies, generally and specifically,
20 each and every allegation contained therein.

21      198.   In response to paragraph 198 of the Complaint, Experian is without
22 knowledge or information sufficient to form a belief as to the truth of the
23 allegations contained therein and, on that basis, denies, generally and specifically,
24 each and every allegation contained therein.

25      199.   In response to paragraph 199 of the Complaint, Experian is without
26 knowledge or information sufficient to form a belief as to the truth of the
27 allegations contained therein and, on that basis, denies, generally and specifically,
28 each and every allegation contained therein.

200.   In response to paragraph 200 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

201.   In response to paragraph 201 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

202.   In response to paragraph 202 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

203.   In response to paragraph 203 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

204.   In response to paragraph 204 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

205.   In response to paragraph 205 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

206.   In response to paragraph 206 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

207.   In response to paragraph 207 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

208.   In response to paragraph 208 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

209.   In response to paragraph 209 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

210.   In response to paragraph 210 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

211.   In response to paragraph 211 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

212.   In response to paragraph 212 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

213.   In response to paragraph 213 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

214.   In response to paragraph 214 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

1   allegations contained therein and, on that basis, denies, generally and specifically,

2   each and every allegation contained therein.

3        215.   In response to paragraph 215 of the Complaint, Experian is without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained therein and, on that basis, denies, generally and specifically,

6   each and every allegation contained therein.

7        216.   In response to paragraph 216 of the Complaint, Experian is without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations contained therein and, on that basis, denies, generally and specifically,

10   each and every allegation contained therein.

11        217.   In response to paragraph 217 of the Complaint, Experian is without

12   knowledge or information sufficient to form a belief as to the truth of the

13   allegations contained therein and, on that basis, denies, generally and specifically,

14   each and every allegation contained therein.

15        218.   In response to paragraph 218 of the Complaint, Experian is without

16   knowledge or information sufficient to form a belief as to the truth of the

17   allegations contained therein and, on that basis, denies, generally and specifically,

18   each and every allegation contained therein.

19        219.   In response to paragraph 219 of the Complaint, Experian is without

20   knowledge or information sufficient to form a belief as to the truth of the

21   allegations contained therein and, on that basis, denies, generally and specifically,

22   each and every allegation contained therein.

23        220.   In response to paragraph 220 of the Complaint, Experian is without

24   knowledge or information sufficient to form a belief as to the truth of the

25   allegations contained therein and, on that basis, denies, generally and specifically,

26   each and every allegation contained therein.

27        221.   In response to paragraph 221 of the Complaint, Experian is without

28   knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

222.   In response to paragraph 222 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

223.   In response to paragraph 223 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

224.   In response to paragraph 224 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

225.   In response to paragraph 225 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

226.   In response to paragraph 226 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

227.   In response to paragraph 227 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

228.   In response to paragraph 228 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

1   allegations contained therein and, on that basis, denies, generally and specifically,

2   each and every allegation contained therein.

3       229.   In response to paragraph 229 of the Complaint, Experian is without

4   knowledge or information sufficient to form a belief as to the truth of the

5   allegations contained therein and, on that basis, denies, generally and specifically,

6   each and every allegation contained therein.

7       230.   In response to paragraph 230 of the Complaint, Experian is without

8   knowledge or information sufficient to form a belief as to the truth of the

9   allegations contained therein and, on that basis, denies, generally and specifically,

10  each and every allegation contained therein.

11      231.   In response to paragraph 231 of the Complaint, Experian is without

12  knowledge or information sufficient to form a belief as to the truth of the

13  allegations contained therein and, on that basis, denies, generally and specifically,

14  each and every allegation contained therein.

15      232.   In response to paragraph 232 of the Complaint, Experian is without

16  knowledge or information sufficient to form a belief as to the truth of the

17  allegations contained therein and, on that basis, denies, generally and specifically,

18  each and every allegation contained therein.

19      233.   In response to paragraph 233 of the Complaint, Experian is without

20  knowledge or information sufficient to form a belief as to the truth of the

21  allegations contained therein and, on that basis, denies, generally and specifically,

22  each and every allegation contained therein.

23      234.   In response to paragraph 234 of the Complaint, Experian is without

24  knowledge or information sufficient to form a belief as to the truth of the

25  allegations contained therein and, on that basis, denies, generally and specifically,

26  each and every allegation contained therein.

27      235.   In response to paragraph 235 of the Complaint, Experian is without

28  knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

236.   In response to paragraph 236 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

237.   In response to paragraph 237 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

238.   In response to paragraph 238 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

239.   In response to paragraph 239 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

240.   In response to paragraph 240 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

241.   In response to paragraph 241 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

242.   In response to paragraph 242 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates

to Experian.  As to the allegations in paragraph 242 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 242 of the Complaint.

243.   In response to paragraph 243 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 243 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 243 of the Complaint.

244.   In response to paragraph 244 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 244 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 244 of the Complaint.

245.   In response to paragraph 245 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

246.   In response to paragraph 246 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

//

247.   In response to paragraph 247 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

248.   In response to paragraph 248 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

249.   In response to paragraph 249 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

250.   In response to paragraph 250 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

251.   In response to paragraph 251 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

252.   In response to paragraph 252 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

253.   In response to paragraph 253 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

254.   In response to paragraph 254 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 254 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

255.   In response to paragraph 255 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 255 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

256.   In response to paragraph 256 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

257.   In response to paragraph 257 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 257 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## ARTICLE III STANDING

258.   In response to paragraph 258 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 257 above as if fully set forth herein.

259.   In response to paragraph 259 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or

denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 259 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

260.   In response to paragraph 260 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 260 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

261.   In response to paragraph 261 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 261 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 261 of the Complaint.

262.   In response to paragraph 262 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 262 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 262 of the Complaint.

263.   In response to paragraph 263 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 263 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient

to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 263 of the Complaint.

264.   In response to paragraph 264 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 264 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 264 of the Complaint.

265.   In response to paragraph 265 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 265 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

266.   In response to paragraph 266 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

267.   In response to paragraph 267 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

268.   In response to paragraph 268 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

269.   In response to paragraph 269 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

270.   In response to paragraph 270 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

271.   In response to paragraph 271 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 271 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

272.   In response to paragraph 272 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 272 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

273.   In response to paragraph 273 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

274.   In response to paragraph 274 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

275.   In response to paragraph 275 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

276.   In response to paragraph 276 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

277.   In response to paragraph 277 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

278.   In response to paragraph 278 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

279.   In response to paragraph 279 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 279 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 279 of the Complaint.

280.   In response to paragraph 280 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 280 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies,

generally and specifically, each and every remaining allegation of paragraph 280 of the Complaint.

281.   In response to paragraph 281 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

282.   In response to paragraph 282 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

283.   In response to paragraph 283 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 283 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 283 of the Complaint.

284.   In response to paragraph 284 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 284 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

285.   In response to paragraph 285 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 285 of the Complaint and, on that basis, denies, generally and

1   specifically, each and every allegation contained therein.

2   286.   In response to paragraph 286 of the Complaint, Experian is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations contained therein and, on that basis, denies, generally and specifically,

5   each and every allegation contained therein.

6   287.   In response to paragraph 287 of the Complaint, Experian is without

7   knowledge or information sufficient to form a belief as to the truth of the

8   allegations contained therein and, on that basis, denies, generally and specifically,

9   each and every allegation contained therein.

10   288.   In response to paragraph 288 of the Complaint, Experian is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations contained therein and, on that basis, denies, generally and specifically,

13   each and every allegation contained therein.

14   289.   In response to paragraph 289 of the Complaint, Experian states that the

15   allegations contained therein are legal conclusions not subject to admission or

16   denial.  To the extent a response is required, Experian is without knowledge or

17   information sufficient to form a belief as to the truth of the allegations contained in

18   paragraph 289 of the Complaint and, on that basis, denies, generally and

19   specifically, each and every allegation contained therein.

20   290.   In response to paragraph 290 of the Complaint, Experian states that the

21   allegations contained therein are legal conclusions not subject to admission or

22   denial.  To the extent a response is required, Experian is without knowledge or

23   information sufficient to form a belief as to the truth of the allegations contained in

24   paragraph 290 of the Complaint and, on that basis, denies, generally and

25   specifically, each and every allegation contained therein.

26   291.   In response to paragraph 291 of the Complaint, Experian denies,

27   generally and specifically, each and every allegation contained therein that relates

28   to Experian.  As to the allegations in paragraph 291 of the Complaint that relate to

1   the other defendants, Experian does not have knowledge or information sufficient

2   to form a belief as to the truth of those allegations and, on that basis, denies,

3   generally and specifically, each and every remaining allegation of paragraph 291 of

4   the Complaint.

5       292.   In response to paragraph 292 of the Complaint, Experian denies,

6   generally and specifically, each and every allegation contained therein that relates

7   to Experian.  As to the allegations in paragraph 292 of the Complaint that relate to

8   the other defendants, Experian does not have knowledge or information sufficient

9   to form a belief as to the truth of those allegations and, on that basis, denies,

10  generally and specifically, each and every remaining allegation of paragraph 292 of

11  the Complaint.

12              **CAUSES OF ACTION**

13      **COUNT I – VIOLATION OF THE FCRA 15 U.S.C. § 1681b**

14                  **Against EXPERIAN**

15      293.   In response to paragraph 293 of the Complaint, Experian repeats,

16  realleges, and incorporates by reference paragraphs 1 through 292 above as if fully

17  set forth herein.

18      294.   In response to paragraph 294 of the Complaint, Experian denies,

19  generally and specifically, each and every allegation contained therein.

20      295.   In response to paragraph 295 of the Complaint, Experian denies,

21  generally and specifically, each and every allegation contained therein.

22      296.   In response to paragraph 296 of the Complaint, Experian denies,

23  generally and specifically, each and every allegation contained therein.

24      297.   In response to paragraph 297 of the Complaint, Experian denies,

25  generally and specifically, each and every allegation contained therein.

26  //

27  //

28  //

## COUNT II – VIOLATION OF THE FCRA 15 U.S.C. § 1681b

### Against EXPERIAN

298.   In response to paragraph 298 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 297 above as if fully set forth herein.

299.   In response to paragraph 299 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

300.   In response to paragraph 300 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

301.   In response to paragraph 301 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

302.   In response to paragraph 302 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT III – VIOLATION OF THE FCRA 15 U.S.C. § 1681b

### Against EXPERIAN

303.   In response to paragraph 303 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 302 above as if fully set forth herein.

304.   In response to paragraph 304 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

305.   In response to paragraph 305 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

306.   In response to paragraph 306 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

307.   In response to paragraph 307 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

//

//

## COUNT IV – VIOLATION OF THE FCRA 15 U.S.C. § 1681i

### Requirements Relating to Reinsertion of Previously Deleted Material

### Against Defendants TRANSUNION, EQUIFAX EXPERIAN

308.   In response to paragraph 308 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 307 above as if fully set forth herein.

309.   In response to paragraph 309 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

310.   In response to paragraph 310 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

311.   In response to paragraph 311 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

312.   In response to paragraph 312 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 312 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

313.   In response to paragraph 313 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 313 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 313 of

1     the Complaint.

2          314.   In response to paragraph 314 of the Complaint, Experian denies,

3 generally and specifically, each and every allegation contained therein that relates

4 to Experian.  As to the allegations in paragraph 314 of the Complaint that relate to

5 the other defendants, Experian does not have knowledge or information sufficient

6 to form a belief as to the truth of those allegations and, on that basis, denies,

7 generally and specifically, each and every remaining allegation of paragraph 314 of

8 the Complaint.

9          315.   In response to paragraph 315 of the Complaint, Experian denies,

10 generally and specifically, each and every allegation contained therein that relates

11 to Experian.  As to the allegations in paragraph 315 of the Complaint that relate to

12 the other defendants, Experian does not have knowledge or information sufficient

13 to form a belief as to the truth of those allegations and, on that basis, denies,

14 generally and specifically, each and every remaining allegation of paragraph 315 of

15 the Complaint.

16          316.   In response to paragraph 316 of the Complaint, Experian denies,

17 generally and specifically, each and every allegation contained therein that relates

18 to Experian.  As to the allegations in paragraph 316 of the Complaint that relate to

19 the other defendants, Experian does not have knowledge or information sufficient

20 to form a belief as to the truth of those allegations and, on that basis, denies,

21 generally and specifically, each and every remaining allegation of paragraph 316 of

22 the Complaint.

23          **COUNT V – VIOLATIONS OF THE FCRA § 1681i(a)**

24                       **Against EQUIFAX**

25          317.   In response to paragraph 317 of the Complaint, Experian repeats,

26 realleges, and incorporates by reference paragraphs 1 through 316 above as if fully

27 set forth herein.

28          318.   In response to paragraph 318 of the Complaint, Experian is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

319.   In response to paragraph 319 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

320.   In response to paragraph 320 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

321.   In response to paragraph 321 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

322.   In response to paragraph 322 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

323.   In response to paragraph 323 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

324.   In response to paragraph 324 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 324 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies,

1    generally and specifically, each and every remaining allegation of paragraph 324 of

2    the Complaint.

3                    **COUNT VI – VIOLATIONS OF THE FCRA § 1681i(a)**

4                                    **Against EQUIFAX**

5           325.   In response to paragraph 325 of the Complaint, Experian repeats,

6    realleges, and incorporates by reference paragraphs 1 through 324 above as if fully

7    set forth herein.

8           326.   In response to paragraph 326 of the Complaint,  Experian is without

9    knowledge or information sufficient to form a belief as to the truth of the

10   allegations contained therein and, on that basis, denies, generally and specifically,

11   each and every allegation contained therein.

12          327.   In response to paragraph 327 of the Complaint, Experian is without

13   knowledge or information sufficient to form a belief as to the truth of the

14   allegations contained therein and, on that basis, denies, generally and specifically,

15   each and every allegation contained therein.

16          328.   In response to paragraph 328 of the Complaint, Experian is without

17   knowledge or information sufficient to form a belief as to the truth of the

18   allegations contained therein and, on that basis, denies, generally and specifically,

19   each and every allegation contained therein.

20          329.   In response to paragraph 329 of the Complaint, Experian is without

21   knowledge or information sufficient to form a belief as to the truth of the

22   allegations contained therein and, on that basis, denies, generally and specifically,

23   each and every allegation contained therein.

24          330.   In response to paragraph 330 of the Complaint, Experian is without

25   knowledge or information sufficient to form a belief as to the truth of the

26   allegations contained therein and, on that basis, denies, generally and specifically,

27   each and every allegation contained therein.

28          //

331.   In response to paragraph 331 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

332.   In response to paragraph 332 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

333.   In response to paragraph 333 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 333 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 333 of the Complaint.

## COUNT VII – VIOLATIONS OF THE FCRA § 1681i(a)
### Against EQUIFAX

334.   In response to paragraph 334 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 333 above as if fully set forth herein.

335.   In response to paragraph 335 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

336.   In response to paragraph 336 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

337.   In response to paragraph 337 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

338.   In response to paragraph 338 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

339.   In response to paragraph 339 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

340.   In response to paragraph 340 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

341.   In response to paragraph 341 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 341 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 341 of the Complaint.

## <u>COUNT VIII – VIOLATIONS OF THE FCRA, § 1681i(a)</u>
### **Against EXPERIAN**

342.   In response to paragraph 342 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 341 above as if fully set forth herein.

343.   In response to paragraph 343 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

344.   In response to paragraph 344 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

345.   In response to paragraph 345 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

346.   In response to paragraph 346 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

347.   In response to paragraph 347 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

348.   In response to paragraph 348 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

349.   In response to paragraph 349 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT IX – VIOLATIONS OF THE FCRA § 1681i(a)

### Against EXPERIAN

350.   In response to paragraph 350 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 349 above as if fully set forth herein.

351.   In response to paragraph 351 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

352.   In response to paragraph 352 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

//

353.   In response to paragraph 353 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

354.   In response to paragraph 354 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

355.   In response to paragraph 355 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

356.   In response to paragraph 356 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

357.   In response to paragraph 357 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT X – VIOLATIONS OF THE FCRA § 1681i(a)

### Against EXPERIAN

358.   In response to paragraph 358 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 357 above as if fully set forth herein.

359.   In response to paragraph 359 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

360.   In response to paragraph 360 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

361.   In response to paragraph 361 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

362.   In response to paragraph 362 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

363.   In response to paragraph 363 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

//

364.   In response to paragraph 364 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

365.   In response to paragraph 365 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

366.   In response to paragraph 366 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## COUNT XI – VIOLATIONS OF THE FCRA § 1681i
### Against TRANSUNION

367.   In response to paragraph 367 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 366 above as if fully set forth herein.

368.   In response to paragraph 368 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

369.   In response to paragraph 369 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

370.   In response to paragraph 370 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

371.   In response to paragraph 371 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

//

372.   In response to paragraph 372 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

373.   In response to paragraph 373 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

374.   In response to paragraph 374 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 374 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 374 of the Complaint.

## COUNT XII – VIOLATIONS OF THE FCRA, § 1681i
### Against TRANSUNION

375.   In response to paragraph 375 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 374 above as if fully set forth herein.

376.   In response to paragraph 376 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

377.   In response to paragraph 377 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

378.   In response to paragraph 378 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

379.   In response to paragraph 379 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

380.   In response to paragraph 380 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

381.   In response to paragraph 381 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

382.   In response to paragraph 382 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

383.   In response to paragraph 383 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 383 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 383 of the Complaint.

//

## <u>COUNT XIII – VIOLATIONS OF THE FCRA § 1681i</u>

### **Against TRANSUNION**

384.   In response to paragraph 384 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 383 above as if fully set forth herein.

385.   In response to paragraph 385 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

386.   In response to paragraph 386 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

387.   In response to paragraph 387 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

388.   In response to paragraph 388 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

389.   In response to paragraph 389 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

390.   In response to paragraph 390 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 390 of the Complaint that relate to

1  the other defendants, Experian does not have knowledge or information sufficient

2  to form a belief as to the truth of those allegations and, on that basis, denies,

3  generally and specifically, each and every remaining allegation of paragraph 390 of

4  the Complaint.

5  <u>**COUNT XIV – VIOLATIONS OF THE FCRA § 1681i**</u>

6  **Against TRANSUNION**

7       391.   In response to paragraph 391 of the Complaint, Experian repeats,

8  realleges, and incorporates by reference paragraphs 1 through 390 above as if fully

9  set forth herein.

10      392.   In response to paragraph 392 of the Complaint, Experian is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations contained therein and, on that basis, denies, generally and specifically,

13  each and every allegation contained therein.

14      393.   In response to paragraph 393 of the Complaint, Experian is without

15  knowledge or information sufficient to form a belief as to the truth of the

16  allegations contained therein and, on that basis, denies, generally and specifically,

17  each and every allegation contained therein.

18      394.   In response to paragraph 394 of the Complaint, Experian is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations contained therein and, on that basis, denies, generally and specifically,

21  each and every allegation contained therein.

22      395.   In response to paragraph 395 of the Complaint, Experian is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained therein and, on that basis, denies, generally and specifically,

25  each and every allegation contained therein.

26      396.   In response to paragraph 396 of the Complaint, Experian is without

27  knowledge or information sufficient to form a belief as to the truth of the

28  allegations contained therein and, on that basis, denies, generally and specifically,

1  each and every allegation contained therein.

2      397.  In response to paragraph 397 of the Complaint, Experian is without

3  knowledge or information sufficient to form a belief as to the truth of the

4  allegations contained therein and, on that basis, denies, generally and specifically,

5  each and every allegation contained therein.

6      398.  In response to paragraph 398 of the Complaint, Experian denies,

7  generally and specifically, each and every allegation contained therein that relates

8  to Experian.  As to the allegations in paragraph 398 of the Complaint that relate to

9  the other defendants, Experian does not have knowledge or information sufficient

10  to form a belief as to the truth of those allegations and, on that basis, denies,

11  generally and specifically, each and every remaining allegation of paragraph 398 of

12  the Complaint.

## COUNT XV – VIOLATIONS OF THE FCRA § 1681i

### Against TRANSUNION

15      399.  In response to paragraph 399 of the Complaint, Experian repeats,

16  realleges, and incorporates by reference paragraphs 1 through 398 above as if fully

17  set forth herein.

18      400.  In response to paragraph 400 of the Complaint, Experian is without

19  knowledge or information sufficient to form a belief as to the truth of the

20  allegations contained therein and, on that basis, denies, generally and specifically,

21  each and every allegation contained therein.

22      401.  In response to paragraph 401 of the Complaint, Experian is without

23  knowledge or information sufficient to form a belief as to the truth of the

24  allegations contained therein and, on that basis, denies, generally and specifically,

25  each and every allegation contained therein.

26      402.  In response to paragraph 402 of the Complaint, Experian is without

27  knowledge or information sufficient to form a belief as to the truth of the

28  allegations contained therein and, on that basis, denies, generally and specifically,

1   each and every allegation contained therein.

2       403.   In response to paragraph 403 of the Complaint, Experian is without

3   knowledge or information sufficient to form a belief as to the truth of the

4   allegations contained therein and, on that basis, denies, generally and specifically,

5   each and every allegation contained therein.

6       404.   In response to paragraph 404 of the Complaint, Experian is without

7   knowledge or information sufficient to form a belief as to the truth of the

8   allegations contained therein and, on that basis, denies, generally and specifically,

9   each and every allegation contained therein.

10       405.   In response to paragraph 405 of the Complaint, Experian is without

11   knowledge or information sufficient to form a belief as to the truth of the

12   allegations contained therein and, on that basis, denies, generally and specifically,

13   each and every allegation contained therein.

14       406.   In response to paragraph 406 of the Complaint, Experian denies,

15   generally and specifically, each and every allegation contained therein that relates

16   to Experian.  As to the allegations in paragraph 406 of the Complaint that relate to

17   the other defendants, Experian does not have knowledge or information sufficient

18   to form a belief as to the truth of those allegations and, on that basis, denies,

19   generally and specifically, each and every remaining allegation of paragraph 406 of

20   the Complaint.

21   ## COUNT XVI – VIOLATIONS OF THE FCRA, § 1681g

22   ## Against Defendants EQUIFAX, EXPERIAN, TRANSUNION

23       407.   In response to paragraph 407 of the Complaint, Experian repeats,

24   realleges, and incorporates by reference paragraphs 1 through 406 above as if fully

25   set forth herein.

26       408.   In response to paragraph 408 of the Complaint, Experian is without

27   knowledge or information sufficient to form a belief as to the truth of the

28   allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

409.   In response to paragraph 409 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

410.   In response to paragraph 410 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

411.   In response to paragraph 411 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

412.   In response to paragraph 412 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

413.   In response to paragraph 413 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

414.   In response to paragraph 414 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 414 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 414 of the Complaint.

415.   In response to paragraph 415 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 415 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 415 of the Complaint.

### COUNT XVII – VIOLATIONS OF THE FCRA, § 1681h(c)
### Against Defendants EQUIFAX, EXPERIAN, TRANSUNION

416.   In response to paragraph 416 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 415 above as if fully set forth herein.

417.   In response to paragraph 417 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

418.   In response to paragraph 418 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

419.   In response to paragraph 419 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

420.   In response to paragraph 420 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 420 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 420 of

1  the Complaint.

2      421.   In response to paragraph 421 of the Complaint, Experian denies,

3  generally and specifically, each and every allegation contained therein that relates

4  to Experian.  As to the allegations in paragraph 412 of the Complaint that relate to

5  the other defendants, Experian does not have knowledge or information sufficient

6  to form a belief as to the truth of those allegations and, on that basis, denies,

7  generally and specifically, each and every remaining allegation of paragraph 415 of

8  the Complaint.

9      423.   In response to paragraph 423 of the Complaint, Experian denies,

10  generally and specifically, each and every allegation contained therein that relates

11  to Experian.  As to the allegations in paragraph 415 of the Complaint that relate to

12  the other defendants, Experian does not have knowledge or information sufficient

13  to form a belief as to the truth of those allegations and, on that basis, denies,

14  generally and specifically, each and every remaining allegation of paragraph 415 of

15  the Complaint.[1]

16              **RESPONSE TO DEMAND FOR JURY TRIAL**

17      424.   Experian admits that Plaintiff has demanded a trial by jury on all

18  issues triable.

19              **RESPONSE TO DEMAND FOR RELIEF**

20      425.   In response to paragraph 425 of the Complaint, Experian denies that

21  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

22  prayer for relief.

23      426.   In response to paragraph 426 of the Complaint, Experian denies that

24  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

25  prayer for relief.

26      427.   In response to paragraph 427 of the Complaint, Experian denies that

27  _____

28  [1] Plaintiff's Complaint is missing paragraph 422.  For clarity, Experian's Answer mirrors the numbering in Plaintiff's Complaint and likewise skips paragraph 422.

1  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

2  prayer for relief.

3      428.   In response to paragraph 428 of the Complaint, Experian is without

4  knowledge or information sufficient to form a belief as to the truth of the

5  allegations contained therein and, on that basis, denies, generally and specifically,

6  each and every allegation contained therein.

7      429.   In response to paragraph 429 of the Complaint, Experian denies that

8  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

9  prayer for relief.

10      430.   In response to paragraph 430 of the Complaint, Experian is without

11  knowledge or information sufficient to form a belief as to the truth of the

12  allegations contained therein and, on that basis, denies, generally and specifically,

13  each and every allegation contained therein.

14      431.   In response to paragraph 431 of the Complaint, Experian denies that

15  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

16  prayer for relief.

17      432.   In response to paragraph 432 of the Complaint, Experian denies that

18  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

19  prayer for relief.

20      433.   In response to paragraph 433 of the Complaint, Experian denies that

21  Plaintiff is entitled to any damages or other relief against Experian as set forth in his

22  prayer for relief.

23  **<u>AFFIRMATIVE DEFENSES</u>**

24      In further response to Plaintiff's Complaint, Experian asserts the following

25  affirmative defenses, without conceding that Experian bears the burden of proof or

26  persuasion as to any of them:

27

28

## FIRST AFFIRMATIVE DEFENSE

(Failure To State A Claim)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

(Immunity)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## THIRD AFFIRMATIVE DEFENSE

(Truth/Accuracy Of Information)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

(Indemnification)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

(Failure To Mitigate Damages)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

(Laches)

The Complaint and each claim for relief therein are barred by laches

## SEVENTH AFFIRMATIVE DEFENSE

(Contributory/Comparative Fault)

Experian is informed and believes and thereon alleges that any alleged

damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Independent Intervening Cause)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## TWELFTH AFFIRMATIVE DEFENSE

### (Improper Request For Punitive Damages)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Right To Assert Additional Defenses)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief that this Court may deem just and proper.

Dated:  March 19, 2019                    Respectfully submitted,


By: */s/ Sheereen Javadizadeh*

Sheereen Javadizadeh
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone: 949-851-3939
Fax: 949-553-7539
sjavadizadeh@jonesday.com

*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Sheereen Javadizadeh, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408.  On March 19, 2019, I served a copy of the **EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

Pritish Vora
27758 Santa Margarita Parkway No. 530
Mission Viejo, CA 92691
949-292-8359
Email: pvora2112@gmail.com
*Pro Se*

Donald E Bradley
Musick Peeler and Garrett LLP
650 Town Center Drive Suite 1200
Costa Mesa, CA 92626-1925
714-668-2400
Fax: 714-668-2490
Email: d.bradley@musickpeeler.com
*Attorneys for Trans Union, LLC*

Thomas P Quinn , Jr
Nokes and Quinn APC
410 Broadway Suite 200
Laguna Beach, CA 92651
949-376-3500
Fax: 949-376-3070
Email: tquinn@nokesquinn.com
*Attorneys for Equifax Information Services, LLC*

1    Executed on March 19, 2019, at Irvine, California.

2

3                                    */s/ Sheereen Javadizadeh*
                                     Sheereen Javadizadeh
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28