| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Pritish Vora<br>27758 Santa Marg. Pkwy, #530<br>Mission Viejo, CA 92691<br>949-292-8359 |  |
| ATTORNEY(S) FOR: | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Pritish Vora | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:19-cv-00302-AG-KESx |
| v.<br>EQUIFAX INFORMATION SERVICES, LLC et al., | **Amended**<br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Pritish Vora_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EQUIFAX INFORMATION SERVICES, LLC | Defendant |
| Equifax, Inc. | Parent Company (NYSE: EFX) |
| TRANS UNION, LLC | Defendant |
| TransUnion Intermediate Holdings, Inc. | Parent Company |
| TransUnion | Ultimate Parent Company (NYSE: TRU) |
| EXPERIAN INFORMATION SOLUTIONS, INC | Defendant |
| Experian Holdings, Inc. | Parent Company |
| Experian plc | Ultimate Parent Company (LSE: EXPN) |

March 28, 2019          *Pritish Vora* (signature)
Date                    Signature

Attorney of record for (or name of party appearing in pro per):

Pritish Vora

## CERTIFICATE OF SERVICE

I certify that on March 28, 2019, I filed the foregoing with the clerk of the court:

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES

I also sent a copy via United States Postal Service first class mail to the parties below:

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA  92651
Tel: 949-376-3500
Attorneys for EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

JONES DAY
Sheereen Javadizadeh (Bar No. 288141)
sjavadizadeh@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Tel: 949-553-7559
Attorneys for Defendant EXPERIAN

_____

by Pritish Vora, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359  pvora2112@gmail.com