JUDGED

2019 APR -1 PM 3:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pritish Vora                    ,

_____

Plaintiff,

vs.

Equifax Information Services,

LLC, et.al.

_____ ,

Defendant(s).

_____

)
)
)
)
)
)
)
)
)
)

Case No.: 8:19-CV-00302-AG-KS

**(PROPOSED) ORDER**

**GRANTING** Plaintiffs 's
(indicate Plaintiff or Defendant)

**MOTION** TO EXTEND TIME

TO FILE REPORT OF PARTIES'

PLANNING MEETING; REQUEST

TO FILE SEPARATELY

Having considered Plaintiff's 's Motion and finding good cause therefore,
(indicate Plaintiff or Defendant)

IT IS HEREBY ORDERED that _____ Plaintiff _____ 's Motion
(indicate Plaintiff or Defendant)

MOTION TO EXTEND TIME TO FILE REPORT OF PARTIES'
(describe your motion)

PLANNING MEETING & REQUEST TO FILE SEPARATELY

is GRANTED.

DATED: _____

_____
District Court Judge