UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00302-AG (KESx) | Date | April 2, 2019 |
|---|---|---|---|
| Title | Pritish Vora v. Equifax Information Services, LLC et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPORT OF PARTIES' MEETING (F.R.CIV.P 26(F)) (UNOPPOSED) AND REQUEST TO FILE SEPARATELY (OPPOSED) [18]

The Court is in receipt of Plaintiff's Motion for Extension of Time to File Report of Parties' Meeting (F.R.Civ.P 26(f)) (Unopposed) and Request to File Separately (Opposed) filed on April 1, 2019 [18] as well as a Joint Rule 26(f) Report [19] filed by Defendant Equifax on April 2, 2019.

The Court DENIES Plaintiff's Motion and the Scheduling Conference remains on calendar for **Monday, April 8, 2019 at 9:00 a.m.**

Plaintiff may raise the concerns he outlines in his motion at the Scheduling Conference.

|   | - | : | - |
|---|---|---|---|
| | Initials of Deputy Clerk | mku | |

cc: