FILED

2019 APR -8 AM 9: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY___LAW___

Lodged
Proposed
Order

Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 8:19-cv-00302-AG-KESx<br>**NOTICE OF MOTION AND MOTION TO STRIKE CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND ANSWER OF EXPERIAN INFORMATION SOLUTIONS, INC., pursuant to F.R.Civ.P. 12(f)** "OPPOSED"<br>Hearing Date: May 6, 2019<br>Time: 10am<br>Hon. Andrew J. Guilford<br>Courtroom: 10D |

1

NOTICE OF MOTION AND MOTION TO STRIKE ANSWER OF EXPERIAN

## TO THE HONORABLE COURT AND TO ALL PARTIES:

Please take NOTICE that on <u>Monday, May 6, 2019 at 10am</u>, or as soon thereafter as this matter may be heard in the above-entitled Court located at the Ronald Reagan Federal Building, United States Courthouse, 411 W. 4th Street, Santa Ana, CA, Plaintiff, Pritish Vora ("Plaintiff"), by way of Pro Se, will move this Court to STRIKE the CERTIFICATION AND NOTICE OF INTERESTED PARTIES ("CIP"), and ANSWER filed by EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), Docs 12 and 16, respectively.

This motion is based upon the following documents: The complete files and records in this action, a MEMORANDUM of Points and Authorities, a DECLARATION by Plaintiff, and EXHIBITS, filed contemporaneously with this NOTICE.

This motion is made following the conference of Plaintiff and counsel for EXPERIAN, pursuant to L.R. 7-3, which took place on March 22, 2019, with follow up on March 27, 2019.

Respectfully submitted on this day of _April 8, 2019_

By: _/s/ Pritsh Vora_

Plaintiff, Pro Se

27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

## CERTIFICATE OF SERVICE

I, Pritish Vora, filed with the clerk of the court, the above NOTICE on April 8, 2019, and hand-delivered a copy to counsel on record, in compliance with the "28-day rule" required to serve the parties for a motion hearing.

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA  92651
Tel: 949-376-3500
Attorneys for EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

JONES DAY
Sheereen Javadizadeh (Bar No. 288141)
sjavadizadeh@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Tel: 949-553-7559
Attorneys for Defendant EXPERIAN

_____
By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy #530, Mission Viejo, CA  92691
(949) 292-8359          pvora2112@gmail.com

NOTICE OF MOTION AND MOTION TO STRIKE ANSWER OF EXPERIAN