**MUSICK, PEELER & GARRETT LLP**

650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone (714) 668-2400
Facsimile (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
  *d.bradley@musickpeeler.com*

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Pritish Vora,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00302 AG (KESx)<br><br>Hon. Andrew J. Guilford, Courtroom 10D<br><br>**DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

　　　　Trans Union LLC ("Trans Union") answers the Plaintiff's Complaint as follows:

## INTRODUCTION

　　　　1.　　The provisions of the Fair Credit Reporting Act ("FCRA") and its legislative history are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 1 of the Complaint.

　　　　2.　　The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 2 of the Complaint.

3. The provisions of the FCRA and its legislative history are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 3 of the Complaint.

4. The provisions of the FCRA and its legislative history are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 5 of the Complaint.

5. The provisions of the FCRA are self-evident and speak for themselves. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 of the Complaint and, therefore, denies them.

## JURISDICTION AND VENUE

6. Trans Union admits that pursuant to 28 U.S.C. §1331, jurisdiction is appropriate in Federal Court, and that the district court has the authority to grant relief pursuant to 15 U.S.C. §1681p.

7. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is appropriate in the Central District of California.

## PARTIES

8. Trans Union admits Plaintiff is a natural person. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint and, therefore, denies them.

9. Trans Union admits that Plaintiff is a "person" as defined in 15 U.S.C. §1681a(b) and a "consumer" as defined in 15 U.S.C. §1681a(c).

10. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies them.

11. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint

and, therefore, denies them.

12.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies them.

13.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies them.

14.    Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois.

15.    Trans Union admits that it maintains a registered agent in California.

16.    Trans Union admits that it is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. §1681a(f).  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 16 of the Complaint and, therefore, denies them.

17.    Trans Union admits that it is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. §1681a(f), and that it regularly assembles consumer credit information for the purpose of furnishing consumer reports to third parties.  Trans Union admits it is a national consumer reporting agency.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 17 of the Complaint and, therefore, denies them.

18.    Trans Union admits that it is a "person" as defined by the FCRA, 15 U.S.C. §1681a(b).  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 18 of the Complaint and, therefore, denies them.

19.    Trans Union admits that the statutes and legal authority cited in paragraph 19 of the Complaint are self-evident and speak for themselves.  Trans Union is without knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph 19 of the Complaint and, therefore, denies them.

20.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies them.

21.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies them.

22.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies them.

23.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies them.

24.    Trans Union admits that Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.

25.    Trans Union admits that TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.

26.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies them.

27.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies them.

28.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies them.

1    29.    Trans Union denies the allegations contained in paragraph 29 of the
2  Complaint.

3    30.    Trans Union is without knowledge or information sufficient to form a
4  belief as to the truth of the allegations contained in paragraph 30 of the Complaint
5  and, therefore, denies them.

6    31.    Trans Union is without knowledge or information sufficient to form a
7  belief as to the truth of the allegations contained in paragraph 31 of the Complaint
8  and, therefore, denies them.

9    32.    Trans Union is without knowledge or information sufficient to form a
10  belief as to the truth of the allegations contained in paragraph 32 of the Complaint
11  and, therefore, denies them.

12    33.    Trans Union is without knowledge or information sufficient to form a
13  belief as to the truth of the allegations contained in paragraph 33 of the Complaint
14  and, therefore, denies them.

15                          **STATEMENT OF FACTS**

16    34.    Trans Union restates and incorporates its responses to paragraphs 1
17  through 33 above as though fully stated herein.

18    35.    The provisions of the Federal Rules of Civil Procedure ("FRCP"), its
19  legislative history, and the legal authority cited in paragraph 35 of the Complaint are
20  self-evident and speak for themselves.  Trans Union is not required to admit or deny
21  the allegations contained in paragraph 35 of the Complaint.

22    36.    The provisions of the FRCP are self-evident and speak for themselves.
23  Trans Union is not required to admit or deny the allegations contained in paragraph
24  36 of the Complaint.

25    37.    The provisions of the FRCP are self-evident and speak for themselves.
26  Trans Union is not required to admit or deny the allegations contained in paragraph
27  37 of the Complaint.

28

38.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 38 of the Complaint.

39.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 39 of the Complaint.

40.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 40 of the Complaint.

41.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 41 of the Complaint.

42.     The provisions of the FCRA and legal authority interpreting it are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 42 of the Complaint.

43.     Trans Union admits the allegations contained in paragraph 43 of the Complaint.

44.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore, denies them.

45.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore, denies them.

46.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore, denies them.

47.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph

47 of the Complaint.

48.     The information contained on the CFPB website is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in paragraph 48 of the Complaint.

49.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies them.

50.     Trans Union admits that, on multiple occasions, it has received correspondence from Plaintiff regarding a Capital One account.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 50 of the Complaint and, therefore, denies them.

51.     Trans Union admits that on July 14, 2016, it received correspondence from Plaintiff, via Credit Karma, regarding Capital One account #...0117.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 51 of the Complaint and, therefore, denies them.

52.     Trans Union denies the allegations contained in paragraph 52 of the Complaint.

53.     Trans Union admits that, in response to Plaintiff's July 14, 2016 correspondence, Capital One account #...0117 was deleted from Plaintiff's Trans Union credit file.  Trans Union admits that it sent reinvestigation results to Plaintiff on July 14, 2016.  Trans Union denies the remaining allegations contained in paragraph 53 of the Complaint.

54.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies them.

55.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies them.

56.    Trans Union admits that, in response to Plaintiff's July 14, 2016 correspondence, Capital One account #...0117 was deleted from Plaintiff's Trans Union credit file.  The provisions of the FCRA are self-evident and speak for themselves.  Trans Union is not required to admit or deny the remaining allegations contained in paragraph 56 of the Complaint.

57.    Trans Union admits the allegations contained in paragraph 57 of the Complaint.

58.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies them.

59.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and, therefore, denies them.

60.    The legal authority cited in paragraph 60 of the Complaint is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in paragraph 60 of the Complaint.

61.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies them.

62.    Trans Union admits that some of Plaintiff's correspondence referenced a CFPB Complaint.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 62 of the Complaint and, therefore, denies them.

63.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint

1   and, therefore, denies them.

2         64.    The provisions of the FCRA are self-evident and speak for themselves.

3   Trans Union is not required to admit or deny the allegations contained in paragraph

4   64 of the Complaint.

5         65.    Because of the vague nature of the allegations, Trans Union is without

6   knowledge or information sufficient to form a belief as to the truth of the allegations

7   contained in paragraph 65 of the Complaint and, therefore, denies them.

8         66.    Trans Union denies the allegations contained in paragraph 66 of the

9   Complaint.

10         67.    Trans Union is without knowledge or information sufficient to form a

11   belief as to the truth of the allegations contained in paragraph 67 of the Complaint

12   and, therefore, denies them.

13         68.    Trans Union admits that on November 3, 2016, it received

14   correspondence from Plaintiff, dated October 31, 2016, regarding Capital One

15   accounts #...0117 and #...7835. Trans Union denies the remaining allegations

16   contained in paragraph 68 of the Complaint.

17         69.    Trans Union denies the allegations contained in paragraph 69 of the

18   Complaint.

19         70.    Trans Union also admits that on October 31, 2016, it was contacted by

20   Plaintiff, via telephone, regarding Capital One account #...7835. Trans Union further

21   admits that on November 3, 2016, it received correspondence from Plaintiff, dated

22   October 31, 2016, regarding Capital One accounts #...0117 and #...7835.  Trans

23   Union admits that Capital One account #...7835 was deleted from Plaintiff's Trans

24   Union credit file.

25         71.    Trans Union admits that on October 31, 2016, it sent its reinvestigation

26   results to Plaintiff.  Trans Union also admits that paragraph 71 of the Complaint

27   contains an accurate, excerpt of its October 31, 2016 reinvestigation results.

28

72.     Trans Union admits that Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion.  TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc. own more than 10% of TransUnion's stock. Trans Union denies the remaining allegations contained in paragraph 72 of the Complaint.

73.     The provisions of the FCRA are self-evident and speak for themselves. Trans Union is not required to admit or deny the allegations contained in paragraph 73 of the Complaint.

74.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies them.

75.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and, therefore, denies them.

76.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and, therefore, denies them.

77.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and, therefore, denies them.

78.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and, therefore, denies them.

79.     Trans Union admits that it maintained reasonable procedures to ensure the maximum possible accuracy of Plaintiff's Trans Union credit file.  Trans Union further admits that Capital One account #...7835 was deleted from Plaintiff's Trans Union credit file.

80.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and, therefore, denies them.

81.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and, therefore, denies them.

82.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies them.

83.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and, therefore, denies them.

84.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and, therefore, denies them.

85.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and, therefore, denies them.

86.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and, therefore, denies them.

87.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and, therefore, denies them.

88.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore, denies them.

89.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and, therefore, denies them.

90.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and, therefore, denies them.

91.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint and, therefore, denies them.

92.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and, therefore, denies them.

93.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and, therefore, denies them.

94.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and, therefore, denies them.

95.    Trans Union denies the allegations contained in paragraph 95 of the Complaint.

96.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies them.

97.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and, therefore, denies them.

98.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint

1  and, therefore, denies them.

2      99.     Trans Union is without knowledge or information sufficient to form a

3  belief as to the truth of the allegations contained in paragraph 99 of the Complaint

4  and, therefore, denies them.

5      100.    Trans Union is without knowledge or information sufficient to form a

6  belief as to the truth of the allegations contained in paragraph 100 of the Complaint

7  and, therefore, denies them.

8      101.    Trans Union is without knowledge or information sufficient to form a

9  belief as to the truth of the allegations contained in paragraph 101 of the Complaint

10  and, therefore, denies them.

11      102.    Trans Union is without knowledge or information sufficient to form a

12  belief as to the truth of the allegations contained in paragraph 102 of the Complaint

13  and, therefore, denies them.

14      103.    Trans Union is without knowledge or information sufficient to form a

15  belief as to the truth of the allegations contained in paragraph 103 of the Complaint

16  and, therefore, denies them.

17      104.    Trans Union is without knowledge or information sufficient to form a

18  belief as to the truth of the allegations contained in paragraph 104 of the Complaint

19  and, therefore, denies them.

20      105.    Trans Union is without knowledge or information sufficient to form a

21  belief as to the truth of the allegations contained in paragraph 105 of the Complaint

22  and, therefore, denies them.

23      106.    Trans Union is without knowledge or information sufficient to form a

24  belief as to the truth of the allegations contained in paragraph 106 of the Complaint

25  and, therefore, denies them.

26      107.    Trans Union admits that it enters into subscriber agreements with data

27  furnishers.  Trans Union is without knowledge or information sufficient to form a

28  belief as to the truth of the remaining allegations contained in paragraph 107 of the

1    Complaint and, therefore, denies them.

2         108.   Trans Union is without knowledge or information sufficient to form a

3    belief as to the truth of the allegations contained in paragraph 108 of the Complaint

4    and, therefore, denies them.

5         109.   Trans Union denies the allegations contained in paragraph 109 of the

6    Complaint.

7         110.   Trans Union denies the allegations contained in paragraph 110 of the

8    Complaint.

9         111.   Trans Union denies the allegations contained in paragraph 111 of the

10   Complaint.

11        112.   The case law interpreting the FCRA is self-evident and speaks for

12   itself.  Trans Union is not required to admit or deny the allegations contained in

13   paragraph 112 of the Complaint.

14        113.   Trans Union denies the allegations contained in paragraph 113 of the

15   Complaint.

16        114.   Trans Union denies the allegations contained in paragraph 114 of the

17   Complaint.

18        115.   Trans Union denies the allegations contained in paragraph 115 of the

19   Complaint as they relate to Trans Union.  Trans Union is without knowledge or

20   information sufficient to form a belief as to the truth of the remaining allegations

21   contained in paragraph 115 of the Complaint and, therefore, denies them.

22        116.   Trans Union admits that on May 25, 2017, August 7, 2017, September

23   22, 2017, and November 13, 2017, it received correspondence from Plaintiff, dated

24   May 22, 2017, August 2, 2017, September 20, 2017, and November 8, 2017

25   respectively.

26        117.   Trans Union is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations contained in paragraph 117 of the Complaint

28   and, therefore, denies them.

118.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies them.

119.     Trans Union admits that on May 25, 2017, August 7, 2017, September 22, 2017, and November 13, 2017, it received correspondence from Plaintiff.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 119 of the Complaint and, therefore, denies them.

120.     Trans Union denies the allegations contained in paragraph 120 of the Complaint.

121.     Trans Union denies the allegations contained in paragraph 121 of the Complaint.

122.     Trans Union admits that on May 25, 2017, August 7, 2017, September 22, 2017, and November 13, 2017, it received correspondence from Plaintiff.  The correspondence speaks for itself.  Trans Union denies the remaining allegations contained in paragraph 122 of the Complaint.

123.     Trans Union denies the allegations contained in paragraph 123 of the Complaint.

## METRO 2: FLIGHT OF THE PARROTS

124.     Trans Union denies the allegations contained in paragraph 124 of the Complaint.

125.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and, therefore, denies them.

126.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint and, therefore, denies them.

127.   The case law interpreting the FCRA is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in paragraph 127 of the Complaint.

128.   Trans Union admits that in its June 16, 2017, August 29, 2017, October 19, 2017, and December 7, 2017 reinvestigation results, LVNV Funding account #...7835 was verified and/or updated.  Trans Union denies the remaining allegations contained in paragraph 128 of the Complaint and, therefore, denies them.

129.   Trans Union admits that it utilizes the E-Oscar system to process consumer disputes.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 129 of the Complaint and, therefore, denies them.

130.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint and, therefore, denies them.

131.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint and, therefore, denies them.

132.   The reports referenced in paragraph 132 of the Complaint are self-evident and speaks for themselves. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 132 of the Complaint and, therefore, denies them.

133.   The reports referenced in paragraph 132 of the Complaint are self-evident and speaks for themselves. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 133 of the Complaint and, therefore, denies them.

134.   Trans Union admits the Consumer Data Industry Association is a credit industry trade organization that establishes standards for the consumer reporting industry. The CDIA publishes these standards in the Credit Reporting Resource

Guide ("CRRG"), which is a uniform guide that instructs all furnishers of information how to report accounts to the CRAs. The Metro 2 Format is included in the CRRG. Furnishers of information and CRAs, including Trans Union, utilize the CRRG to ensure consistency and accuracy in the reporting of accounts on a consumer's credit report.  Trans Union denies the remaining allegations contained in paragraph 134 of the Complaint.

135.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint and, therefore, denies them.

136.   The reports referenced in paragraph 132 of the Complaint are self-evident and speaks for themselves. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 133 of the Complaint and, therefore, denies them.

137.   Trans Union denies the allegations contained in paragraph 137 of the Complaint.

138.   Trans Union denies the allegations contained in paragraph 138 of the Complaint.

139.   Trans Union admits that on November 9, 2017, it received a CFPB Complaint regarding LVNV Funding account #...7835. The CFPB document is self-evident and speaks for itself. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 139 of the Complaint and, therefore, denies them.

140.   Trans Union admits that on November 27, 2017, it sent a letter to the CFPB regarding its reinvestigation of LVNV Funding account #...7835.  Trans Union denies the remaining allegations contained in paragraph 140 of the Complaint.

141.   The provisions of the FCRA and its legislative history are self-evident and speak for themselves.  Trans Union is not required to admit or deny the

1   allegations contained in paragraph 141 of the Complaint.

2      142.   The provisions of the FCRA and its legislative history are self-evident

3   and speak for themselves.  Trans Union denies the remaining allegations contained

4   in paragraph 142 of the Complaint.

5      143.   Trans Union denies the allegations contained in paragraph 143 of the

6   Complaint.

7      144.   Trans Union is without knowledge or information sufficient to form a

8   belief as to the truth of the allegations contained in paragraph 144 of the Complaint

9   and, therefore, denies them.

10      145.   Trans Union is without knowledge or information sufficient to form a

11   belief as to the truth of the allegations contained in paragraph 145 of the Complaint

12   and, therefore, denies them.

13      146.   Trans Union admits that on July 16, 2018, it received correspondence

14   from Plaintiff, dated July 11, 2018, that included a notarized "Affidavit of Truth."

15      147.   Trans Union admits that on July 16, 2018, it received correspondence

16   from Plaintiff, dated July 11, 2018, regarding the pending litigation.  Trans Union

17   denies the remaining allegations contained in paragraph 147 of the Complaint.

18      148.   The averments contained in paragraph 148 of the Complaint are not

19   factual allegations Trans Union can admit or deny.  Should an answer be necessary,

20   Trans Union is without sufficient information to admit or deny the averments

21   contained in paragraph 148 of the Complaint and, therefore, denies them.

22      149.   Trans Union is without knowledge or information sufficient to form a

23   belief as to the truth of the allegations contained in paragraph 149 of the Complaint

24   and, therefore, denies them.

25      150.   Trans Union is without knowledge or information sufficient to form a

26   belief as to the truth of the allegations contained in paragraph 150 of the Complaint

27   and, therefore, denies them.

28

1    151.   Trans Union is without knowledge or information sufficient to form a

2  belief as to the truth of the allegations contained in paragraph 151 of the Complaint

3  and, therefore, denies them.

4    152.   Trans Union is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations contained in paragraph 152 of the Complaint

6  and, therefore, denies them.

7    153.   Trans Union processed Plaintiff's dispute pursuant to the FCRA.  Trans

8  Union is without knowledge or information sufficient to form a belief as to the truth

9  of the allegations contained in paragraph 153 of the Complaint and, therefore, denies

10  them.

11    154.   Trans Union processed Plaintiff's dispute pursuant to the FCRA.  Trans

12  Union denies the remaining allegations contained in paragraph 154 of the

13  Complaint.

14    155.   Trans Union is without knowledge or information sufficient to form a

15  belief as to the truth of the allegations contained in paragraph 155 of the Complaint

16  and, therefore, denies them.

17    156.   Trans Union is without knowledge or information sufficient to form a

18  belief as to the truth of the allegations contained in paragraph 156 of the Complaint

19  and, therefore, denies them.

20    157.   Trans Union admits that James M. Peck and Heather Russell were cc'd

21  on Plaintiff's July 16, 2018 correspondence.

22    158.   Trans Union is without knowledge or information sufficient to form a

23  belief as to the truth of the allegations contained in paragraph 158 of the Complaint

24  and, therefore, denies them.

25    159.   Trans Union is without knowledge or information sufficient to form a

26  belief as to the truth of the allegations contained in paragraph 159 of the Complaint

27  and, therefore, denies them.

28

1      160.   Trans Union is without knowledge or information sufficient to form a

2   belief as to the truth of the allegations contained in paragraph 160 of the Complaint

3   and, therefore, denies them.

4      161.   Trans Union admits that it processed Plaintiff's dispute pursuant to the

5   FCRA.  Trans Union is without knowledge or information sufficient to form a belief

6   as to the truth of the remaining allegations contained in paragraph 161 of the

7   Complaint and, therefore, denies them.

8      162.   Trans Union admits that it processed Plaintiff's dispute pursuant to the

9   FCRA.  Trans Union is without knowledge or information sufficient to form a belief

10   as to the truth of the remaining allegations contained in paragraph 162 of the

11   Complaint and, therefore, denies them.

12      163.   The provisions of the FCRA are self-evident and speak for themselves.

13   Trans Union is not required to admit or deny the allegations contained in paragraph

14   163 of the Complaint.

15      164.   Trans Union is without knowledge or information sufficient to form a

16   belief as to the truth of the allegations contained in paragraph 164 of the Complaint

17   and, therefore, denies them.

18      165.   Trans Union denies the allegations contained in paragraph 165 of the

19   Complaint.

20      166.   The provisions of the FCRA are self-evident and speak for themselves.

21   Trans Union is not required to admit or deny the allegations contained in paragraph

22   166 of the Complaint, including all subparts.

23      167.   Trans Union is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in paragraph 167 of the Complaint

25   and, therefore, denies them.

26      168.   The case law interpreting the FCRA is self-evident and speaks for

27   itself.  Trans Union is not required to admit or deny the allegations contained in

28   paragraph 168 of the Complaint.

1       169.   The case law interpreting the FCRA is self-evident and speaks for

2  itself.  Trans Union is not required to admit or deny the allegations contained in

3  paragraph 169 of the Complaint.

4       170.   Trans Union is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations contained in paragraph 170 of the Complaint

6  and, therefore, denies them.

7       171.   Trans Union is without knowledge or information sufficient to form a

8  belief as to the truth of the allegations contained in paragraph 171 of the Complaint

9  and, therefore, denies them.

10      172.   Trans Union is without knowledge or information sufficient to form a

11 belief as to the truth of the allegations contained in paragraph 172 of the Complaint

12 and, therefore, denies them.

13      173.   Trans Union is without knowledge or information sufficient to form a

14 belief as to the truth of the allegations contained in paragraph 173 of the Complaint

15 and, therefore, denies them.

16      174.   Trans Union is without knowledge or information sufficient to form a

17 belief as to the truth of the allegations contained in paragraph 174 of the Complaint

18 and, therefore, denies them.

19      175.   Trans Union is without knowledge or information sufficient to form a

20 belief as to the truth of the allegations contained in paragraph 175 of the Complaint

21 and, therefore, denies them.

22      176.   Trans Union is without knowledge or information sufficient to form a

23 belief as to the truth of the allegations contained in paragraph 176 of the Complaint

24 and, therefore, denies them.

25      177.   Trans Union admits that LVNV Funding account #...7835 was verified

26 and updated on its August 8, 2018 reinvestigation results.  Trans Union denies that

27 the status of LVNV Funding account #...7835 was switched from open to closed.

28 Trans Union is without knowledge or information sufficient to form a belief as to

1  the truth of the remaining allegations contained in paragraph 177 of the Complaint
2  and, therefore, denies them.

3      178.   Trans Union is without knowledge or information sufficient to form a
4  belief as to the truth of the allegations contained in paragraph 178 of the Complaint
5  and, therefore, denies them.

6      179.   Trans Union is without knowledge or information sufficient to form a
7  belief as to the truth of the allegations contained in paragraph 179 of the Complaint
8  and, therefore, denies them.

9      180.   Trans Union is without knowledge or information sufficient to form a
10 belief as to the truth of the allegations contained in paragraph 180 of the Complaint
11 and, therefore, denies them.

12     181.   Trans Union is without knowledge or information sufficient to form a
13 belief as to the truth of the allegations contained in paragraph 181 of the Complaint
14 and, therefore, denies them.

15     182.   Trans Union is without knowledge or information sufficient to form a
16 belief as to the truth of the allegations contained in paragraph 182 of the Complaint
17 and, therefore, denies them.

18     183.   Trans Union is without knowledge or information sufficient to form a
19 belief as to the truth of the allegations contained in paragraph 183 of the Complaint
20 and, therefore, denies them.

21     184.   Trans Union is without knowledge or information sufficient to form a
22 belief as to the truth of the allegations contained in paragraph 184 of the Complaint
23 and, therefore, denies them.

24     185.   Trans Union is without knowledge or information sufficient to form a
25 belief as to the truth of the allegations contained in paragraph 185 of the Complaint
26 and, therefore, denies them.

27     186.   Trans Union is without knowledge or information sufficient to form a
28 belief as to the truth of the allegations contained in paragraph 186 of the Complaint

1    and, therefore, denies them.

2         187.   Trans Union denies the allegations contained in paragraph 187 of the

3    Complaint.

4         188.   Trans Union denies the allegations contained in paragraph 188 of the

5    Complaint.

6         189.   Trans Union denies the allegations contained in paragraph 189 of the

7    Complaint.

8         190.   Trans Union denies the allegations contained in paragraph 190 of the

9    Complaint.

10        191.   Trans Union's reinvestigation results speak for themselves.  Trans

11   Union is without knowledge or information sufficient to form a belief as to the truth

12   of the remaining allegations contained in paragraph 191 of the Complaint and,

13   therefore, denies them.

14        192.   Trans Union is without knowledge or information sufficient to form a

15   belief as to the truth of the allegations contained in paragraph 192 of the Complaint

16   and, therefore, denies them.

17        193.   Trans Union is without knowledge or information sufficient to form a

18   belief as to the truth of the allegations contained in paragraph 193 of the Complaint

19   and, therefore, denies them.

20        194.   Trans Union is without knowledge or information sufficient to form a

21   belief as to the truth of the allegations contained in paragraph 194 of the Complaint

22   and, therefore, denies them.

23        195.   Trans Union is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in paragraph 195 of the Complaint

25   and, therefore, denies them.

26        196.   Trans Union is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations contained in paragraph 196 of the Complaint

28   and, therefore, denies them.

197.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 197 of the Complaint and, therefore, denies them.

198.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 198 of the Complaint and, therefore, denies them.

199.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint and, therefore, denies them.

200.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint and, therefore, denies them.

201.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint and, therefore, denies them.

202.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Complaint and, therefore, denies them.

203.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint and, therefore, denies them.

204.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint and, therefore, denies them.

205.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Complaint and, therefore, denies them.

206.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Complaint and, therefore, denies them.

207.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint and, therefore, denies them.

208.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Complaint and, therefore, denies them.

209.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Complaint and, therefore, denies them.

210.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Complaint and, therefore, denies them.

211.   Trans Union admits that, in response to Plaintiff's May 25, 2017, correspondence, it sent a request for investigation to LVNV Funding.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 211 of the Complaint and, therefore, denies them.

212.   Trans Union admits that, in response to Plaintiff's May 25, 2017, correspondence, it sent a request for investigation to LVNV Funding.  Trans Union also admits that in response to Trans Union's request, LVNV Funding verified and updated information for account #...7835.  Trans Union further admits that on its June 16, 2017 reinvestigation results, LVNV Funding account #...7835 was verified as accurate and updated.  Trans Union denies the remaining allegations contained in paragraph 212 of the Complaint.

213.   Trans Union admits that, in response to Plaintiff's August 7, 2017, correspondence, it sent a request for investigation to LVNV Funding.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 213 of the Complaint and, therefore, denies them.

214.   Trans Union admits that, in response to Plaintiff's August 7, 2017 correspondence, it sent a request for investigation to LVNV Funding.  Trans Union also admits that in response to Trans Union's request, LVNV Funding verified and updated information for account #...7835.  Trans Union further admits that on its August 29, 2017, reinvestigation results, LVNV Funding account #...7835 was verified as accurate and updated.

215.   Trans Union admits that, in response to Plaintiff's September 22, 2017 correspondence, it sent a request for investigation to LVNV Funding.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 213 of the Complaint and, therefore, denies them.

216.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint and, therefore, denies them.

217.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint and, therefore, denies them.

218.   Trans Union sent LVNV Funding LLC an ACDV with dispute code A6: dispute current balance—verify original loan amount, scheduled monthly payment amount, amount past due, current balance, and original charge off amount. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 218 of the Complaint and, therefore, denies them.

219.   Trans Union admits that on its October 19, 2017, reinvestigation results, LVNV Funding account #...7835 was updated.  Trans Union denies the remaining allegations contained in paragraph 219 of the Complaint.

220.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 220 of the Complaint and, therefore, denies them.

221.   Trans Union admits the allegations contained in paragraph 221 of the Complaint.

222.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 222 of the Complaint and, therefore, denies them.

223.   Trans Union denies the allegations contained in paragraph 223 of the Complaint.

224.   Trans Union admits that on its December 7, 2017, reinvestigation results, LVNV Funding account #...7835 was updated.

225.   Trans Union admits that, in response to Plaintiff's July 16, 2018, correspondence, it sent a request for investigation to LVNV Funding.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 225 of the Complaint and, therefore, denies them.

226.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 226 of the Complaint and, therefore, denies them.

227.   Trans Union admits that on its August 8, 2018, reinvestigation results, LVNV Funding account #...7835 was verified and updated.  Trans Union denies the remaining allegations contained in paragraph 227 of the Complaint.

228.   Trans Union denies the allegations contained in paragraph 228 of the Complaint.

229.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 229 of the Complaint and, therefore, denies them.

230.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 230 of the Complaint and, therefore, denies them.

231.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 231 of the Complaint and, therefore, denies them.

232.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 232 of the Complaint and, therefore, denies them.

233.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 233 of the Complaint and, therefore, denies them.

234.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 234 of the Complaint and, therefore, denies them.

235.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 235 of the Complaint and, therefore, denies them.

236.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 236 of the Complaint and, therefore, denies them.

237.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 237 of the Complaint and, therefore, denies them.

238.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the Complaint and, therefore, denies them.

239.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 239 of the Complaint and, therefore, denies them.

240.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 240 of the Complaint and, therefore, denies them.

241.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 241 of the Complaint and, therefore, denies them.

242.   Trans Union denies the allegations contained in paragraph 242 of the Complaint.

243.   Trans Union denies the allegations contained in paragraph 243 of the Complaint.

244.   Trans Union denies the allegations contained in paragraph 244 of the Complaint.

245.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 245 of the Complaint and, therefore, denies them.

246.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 246 of the Complaint and, therefore, denies them.

247.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 247 of the Complaint and, therefore, denies them.

248.   Trans Union admits that Intelenet Global Private Services Limited ("Intelenet"), a company located in Mumbai, India, provides business process services to Trans Union.  Trans Union denies the remaining allegations contained in paragraph 248 of the Complaint.

249.   Trans Union denies the allegations contained in paragraph 249 of the Complaint.

250.   Because of the vague nature of Plaintiff's allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 250 of the Complaint and, therefore, denies them.

251.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 251 of the Complaint and, therefore, denies them.

252.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 252 of the Complaint and, therefore, denies them.

253.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 253 of the Complaint and, therefore, denies them.

254.   CFPB publications are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 254 of the Complaint.

255.   CFPB publications are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 255 of the Complaint.

256.   Trans Union denies the allegations contained in paragraph 256 of the Complaint.

257.   The case law interpreting the FCRA is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in

paragraph 257 of the Complaint.

## ARTICLE III STANDING

258.   Trans Union restates and incorporates its responses to paragraphs 1 through 257 above as though fully stated herein.

259.   The case law cited in paragraph 259 of the Complaint is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in paragraph 259 of the Complaint.

260.   Trans Union denies the allegations contained in paragraph 260 of the Complaint.

261.   Trans Union denies the allegations contained in paragraph 261 of the Complaint.

262.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 262 of the Complaint and, therefore, denies them.

263.   Trans Union denies the allegations contained in paragraph 263 of the Complaint.

264.   Trans Union denies the allegations contained in paragraph 264 of the Complaint.

265.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 265 of the Complaint and, therefore, denies them.

266.   Trans Union admits that, in response to Plaintiff's July 14, 2016 correspondence, Capital One account #...0117 was deleted from Plaintiff's Trans Union credit file.  Trans Union denies the remaining allegations contained in paragraph 266 of the Complaint.

267.   Trans Union admits that, in response to Plaintiff's October 31, 2016 contact, via telephone, Capital One account #...7835 was deleted from Plaintiff's Trans Union credit file.  Trans Union denies the remaining allegations contained in

paragraph 267 of the Complaint.

268.    Trans Union admits that Plaintiff has asserted claims against Defendants for alleged violations of the FCRA.  Trans Union denies the remaining allegations contained in paragraph 268 of the Complaint.

269.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 269 of the Complaint and, therefore, denies them.

270.    Trans Union denies the allegations contained in paragraph 270 of the Complaint.

271.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 271 of the Complaint.

272.    The case law interpreting the FCRA is self-evident and speaks for itself.  Trans Union is not required to admit or deny the allegations contained in paragraph 272 of the Complaint.

273.    Trans Union admits that on December 6, 2018, it received an AUDF from Resurgent Capital Services (LVNV Funding) deleting account #...7835.

274.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 274 of the Complaint and, therefore, denies them.

275.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 275 of the Complaint and, therefore, denies them.

276.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 276 of the Complaint and, therefore, denies them.

277.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 277 of the Complaint

1   and, therefore, denies them.

2   278.   Trans Union is without knowledge or information sufficient to form a

3   belief as to the truth of the allegations contained in paragraph 278 of the Complaint

4   and, therefore, denies them.

5   279.   Trans Union denies the allegations contained in paragraph 279 of the

6   Complaint.

7   280.   Trans Union denies the allegations contained in paragraph 280 of the

8   Complaint.

9   281.   Trans Union denies the allegations contained in paragraph 281 of the

10  Complaint.

11  282.   Trans Union is without knowledge or information sufficient to form a

12  belief as to the truth of the allegations contained in paragraph 282 of the Complaint

13  and, therefore, denies them.

14  283.   Trans Union denies the allegations contained in paragraph 283 of the

15  Complaint.

16  284.   The provisions of the FCRA and its legislative history are self-evident

17  and speak for themselves.  Trans Union is not required to admit or deny the

18  allegations contained in paragraph 284 of the Complaint.

19  285.   The provisions of the FCRA and its legislative history are self-evident

20  and speak for themselves.  Trans Union is not required to admit or deny the

21  allegations contained in paragraph 285 of the Complaint.

22  286.   The averments contained in paragraph 286 of the Complaint are not

23  factual allegations Trans Union can admit or deny.  Should an answer be necessary,

24  Trans Union is without sufficient information to admit or deny the averments

25  contained in paragraph 286 of the Complaint and, therefore, denies them.

26  287.   CFPB reports are self-evident and speak for themselves.  Trans Union

27  is not required to admit or deny the allegations contained in paragraph 287 of the

28  Complaint.

MUSICK, PEELER
& GARRETT LLP

288.   CFPB reports are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 288 of the Complaint.

289.   CFPB reports are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 289 of the Complaint.

290.   CFPB reports are self-evident and speak for themselves.  Trans Union is not required to admit or deny the allegations contained in paragraph 290 of the Complaint.

291.   The averments contained in paragraph 291 of the Complaint are not factual allegations Trans Union can admit or deny.  Should an answer be necessary, Trans Union is without sufficient information to admit or deny the averments contained in paragraph 291 of the Complaint and, therefore, denies them.

292.   Trans Union admits that Plaintiff has brought this suit for alleged violations of the FCRA.  Trans Union denies the remaining allegations contained in paragraph 292 of the Complaint.

Trans Union denies the damages and relief sought in the prayer of Count III of the Complaint.

## CAUSES OF ACTION

## COUNT I – VIOLATION OF THE FCRA, 15 U.S.C. §1681b

## Against EXPERIAN

293.   Trans Union restates and incorporates its responses to paragraphs 1 through 292 above as though fully stated herein.

294.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 294 of the Complaint and, therefore, denies them.

295.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 295 of the Complaint

1  and, therefore, denies them.

2      296.   Trans Union is without knowledge or information sufficient to form a

3  belief as to the truth of the allegations contained in paragraph 296 of the Complaint

4  and, therefore, denies them.

5      297.   Trans Union is without knowledge or information sufficient to form a

6  belief as to the truth of the allegations contained in paragraph 297 of the Complaint

7  and, therefore, denies them.

8      ## COUNT II – VIOLATION OF THE FCRA, 15 U.S.C. §1681b

9      ## Against EXPERIAN

10     298.   Trans Union restates and incorporates its responses to paragraphs 1

11  through 297 above as though fully stated herein.

12     299.   Trans Union is without knowledge or information sufficient to form a

13  belief as to the truth of the allegations contained in paragraph 299 of the Complaint

14  and, therefore, denies them.

15     300.   Trans Union is without knowledge or information sufficient to form a

16  belief as to the truth of the allegations contained in paragraph 300 of the Complaint

17  and, therefore, denies them.

18     301.   Trans Union is without knowledge or information sufficient to form a

19  belief as to the truth of the allegations contained in paragraph 301 of the Complaint

20  and, therefore, denies them.

21     302.   Trans Union is without knowledge or information sufficient to form a

22  belief as to the truth of the allegations contained in paragraph 302 of the Complaint

23  and, therefore, denies them.

24     ## COUNT III – VIOLATION OF THE FCRA, 15 U.S.C. §1681b

25     ## Against EXPERIAN

26     303.   Trans Union restates and incorporates its responses to paragraphs 1

27  through 302 above as though fully stated herein.

28

1    304.   Trans Union is without knowledge or information sufficient to form a

2    belief as to the truth of the allegations contained in paragraph 304 of the Complaint

3    and, therefore, denies them.

4    305.   Trans Union is without knowledge or information sufficient to form a

5    belief as to the truth of the allegations contained in paragraph 305 of the Complaint

6    and, therefore, denies them.

7    306.   Trans Union is without knowledge or information sufficient to form a

8    belief as to the truth of the allegations contained in paragraph 306 of the Complaint

9    and, therefore, denies them.

10   307.   Trans Union is without knowledge or information sufficient to form a

11   belief as to the truth of the allegations contained in paragraph 307 of the Complaint

12   and, therefore, denies them.

13   <u>**COUNT IV – VIOLATION OF THE FCRA, 15 U.S.C. §1681i**</u>

14   <u>**Requirements Relating to Reinsertion of Previously Deleted Material**</u>

15   <u>**Against Defendants TRANSUNION, EQUIFAX, EXPERIAN**</u>

16   308.   Trans Union restates and incorporates its responses to paragraphs 1

17   through 307 above as though fully stated herein.

18   309.   Trans Union denies the allegations contained in paragraph 309 of the

19   Complaint.

20   310.   Trans Union is without knowledge or information sufficient to form a

21   belief as to the truth of the allegations contained in paragraph 310 of the Complaint

22   and, therefore, denies them.

23   311.   Trans Union is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in paragraph 311 of the Complaint

25   and, therefore, denies them.

26   312.   The provisions of the FCRA are self-evident and speak for themselves.

27   Trans Union is not required to admit or deny the allegations contained in paragraph

28   312 of the Complaint.

**MUSICK, PEELER**
**& GARRETT LLP**

313.   Trans Union denies the allegations contained in paragraph 313 of the Complaint.

314.   Trans Union denies the allegations contained in paragraph 314 of the Complaint.

315.   Trans Union denies the allegations contained in paragraph 315 of the Complaint.

316.   Trans Union denies the allegations and relief sought in paragraph 316 of the Complaint.

## COUNT V – VIOLATIONS OF THE FCRA §1681i(a)
## Against EQUIFAX

317.   Trans Union restates and incorporates its responses to paragraphs 1 through 316 above as though fully stated herein.

318.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 318 of the Complaint and, therefore, denies them.

319.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 319 of the Complaint and, therefore, denies them.

320.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 320 of the Complaint and, therefore, denies them.

321.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 321 of the Complaint and, therefore, denies them.

322.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 322 of the Complaint and, therefore, denies them.

323.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 323 of the Complaint and, therefore, denies them.

324.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 324 of the Complaint and, therefore, denies them.

<strong><u>COUNT VI – VIOLATIONS OF THE FCRA §1681i(a)</u></strong>

<strong><u>Against EQUIFAX</u></strong>

325.   Trans Union restates and incorporates its responses to paragraphs 1 through 324 above as though fully stated herein.

326.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 326 of the Complaint and, therefore, denies them.

327.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 327 of the Complaint and, therefore, denies them.

328.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 328 of the Complaint and, therefore, denies them.

329.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 329 of the Complaint and, therefore, denies them.

330.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 330 of the Complaint and, therefore, denies them.

331.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 331 of the Complaint and, therefore, denies them.

1    332.   Trans Union is without knowledge or information sufficient to form a

2  belief as to the truth of the allegations contained in paragraph 332 of the Complaint

3  and, therefore, denies them.

4    333.   Trans Union is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations contained in paragraph 333 of the Complaint

6  and, therefore, denies them.

7         **COUNT VII – VIOLATIONS OF THE FCRA §1681i(a)**

8                        **Against EQUIFAX**

9    334.   Trans Union restates and incorporates its responses to paragraphs 1

10  through 333 above as though fully stated herein.

11    335.   Trans Union is without knowledge or information sufficient to form a

12  belief as to the truth of the allegations contained in paragraph 335 of the Complaint

13  and, therefore, denies them.

14    336.   Trans Union is without knowledge or information sufficient to form a

15  belief as to the truth of the allegations contained in paragraph 336 of the Complaint

16  and, therefore, denies them.

17    337.   Trans Union is without knowledge or information sufficient to form a

18  belief as to the truth of the allegations contained in paragraph 337 of the Complaint

19  and, therefore, denies them.

20    338.   Trans Union is without knowledge or information sufficient to form a

21  belief as to the truth of the allegations contained in paragraph 338 of the Complaint

22  and, therefore, denies them.

23    339.   Trans Union is without knowledge or information sufficient to form a

24  belief as to the truth of the allegations contained in paragraph 339 of the Complaint

25  and, therefore, denies them.

26    340.   Trans Union is without knowledge or information sufficient to form a

27  belief as to the truth of the allegations contained in paragraph 340 of the Complaint

28  and, therefore, denies them.

341.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 341 of the Complaint and, therefore, denies them.

### COUNT VIII – VIOLATIONS OF THE FCRA §1681i(a)
### Against EQUIFAX

342.   Trans Union restates and incorporates its responses to paragraphs 1 through 341 above as though fully stated herein.

343.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 343 of the Complaint and, therefore, denies them.

344.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 344 of the Complaint and, therefore, denies them.

345.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 345 of the Complaint and, therefore, denies them.

346.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 346 of the Complaint and, therefore, denies them.

347.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 347 of the Complaint and, therefore, denies them.

348.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 348 of the Complaint and, therefore, denies them.

349.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 349 of the Complaint and, therefore, denies them.

## COUNT IX – VIOLATIONS OF THE FCRA §1681i(a)
### Against EXPERIAN

350.   Trans Union restates and incorporates its responses to paragraphs 1 through 349 above as though fully stated herein.

351.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 351 of the Complaint and, therefore, denies them.

352.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 352 of the Complaint and, therefore, denies them.

353.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 353 of the Complaint and, therefore, denies them.

354.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 354 of the Complaint and, therefore, denies them.

355.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 355 of the Complaint and, therefore, denies them.

356.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 356 of the Complaint and, therefore, denies them.

357.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 357 of the Complaint and, therefore, denies them.

## COUNT X – VIOLATIONS OF THE FCRA §1681i(a)

### Against EXPERIAN

358.   Trans Union restates and incorporates its responses to paragraphs 1 through 357 above as though fully stated herein.

359.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 359 of the Complaint and, therefore, denies them.

360.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 360 of the Complaint and, therefore, denies them.

361.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 361 of the Complaint and, therefore, denies them.

362.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 362 of the Complaint and, therefore, denies them.

363.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 363 of the Complaint and, therefore, denies them.

364.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 364 of the Complaint and, therefore, denies them.

365.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 365 of the Complaint and, therefore, denies them.

366.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 366 of the Complaint and, therefore, denies them.

## COUNT XI – VIOLATIONS OF THE FCRA §1681i

## Against TRANSUNION

367.   Trans Union restates and incorporates its responses to paragraphs 1 through 366 above as though fully stated herein.

368.   Trans Union admits that on May 25, 2017, it received correspondence from Plaintiff, dated May 22, 2017, regarding LVNV Funding account #...7835. Trans Union denies the remaining allegations contained in paragraph 368 of the Complaint.

369.   Trans Union denies the allegations contained in paragraph 369 of the Complaint.

370.   Trans Union denies the allegations contained in paragraph 370 of the Complaint.

371.   Trans Union denies the allegations contained in paragraph 371 of the Complaint.

372.   Trans Union denies the allegations contained in paragraph 372 of the Complaint.

373.   Trans Union denies the allegations contained in paragraph 373 of the Complaint.

374.   Trans Union denies the allegations and relief sought in paragraph 374 of the Complaint.

## COUNT XII – VIOLATIONS OF THE FCRA §1681i

## Against TRANSUNION

375.   Trans Union restates and incorporates its responses to paragraphs 1 through 374 above as though fully stated herein.

376.   Trans Union admits that on August 7, 2017, it received correspondence from Plaintiff, dated August 2, 2017, regarding LVNV Funding account #...7835. Trans Union denies the remaining allegations contained in paragraph 376 of the Complaint.

377.   Trans Union denies the allegations contained in paragraph 377 of the Complaint.

378.   Trans Union denies the allegations contained in paragraph 378 of the Complaint.

379.   Trans Union denies the allegations contained in paragraph 379 of the Complaint.

380.   Trans Union denies the allegations contained in paragraph 380 of the Complaint.

381.   Trans Union denies the allegations contained in paragraph 381 of the Complaint.

382.   Trans Union denies the allegations contained in paragraph 382 of the Complaint.

383.   Trans Union denies the allegations and relief sought in paragraph 383 of the Complaint.

## COUNT XIII – VIOLATIONS OF THE FCRA §1681i
## Against TRANSUNION

384.   Trans Union restates and incorporates its responses to paragraphs 1 through 383 above as though fully stated herein.

385.   Trans Union admits that on September 22, 2017, it received correspondence from Plaintiff, dated September 20, 2017, regarding LVNV Funding account #...7835. Trans Union denies the remaining allegations contained in paragraph 385 of the Complaint.

386.   Trans Union denies the allegations contained in paragraph 386 of the Complaint.

387.   Trans Union denies the allegations contained in paragraph 387 of the Complaint.

388.   Trans Union denies the allegations contained in paragraph 388 of the Complaint.

1153131.1

44

389.   Trans Union denies the allegations contained in paragraph 389 of the Complaint.

390.   Trans Union denies the allegations and relief sought in paragraph 390 of the Complaint.

## COUNT XIV – VIOLATIONS OF THE FCRA §1681i
### Against TRANSUNION

391.   Trans Union restates and incorporates its responses to paragraphs 1 through 390 above as though fully stated herein.

392.   Trans Union admits that on November 13, 2017, it received correspondence from Plaintiff, dated November 8, 2017, regarding LVNV Funding account #...7835. Trans Union denies the remaining allegations contained in paragraph 392 of the Complaint.

393.   Trans Union denies the allegations contained in paragraph 393 of the Complaint.

394.   Trans Union denies the allegations contained in paragraph 394 of the Complaint.

395.   Trans Union denies the allegations contained in paragraph 395 of the Complaint.

396.   Trans Union denies the allegations contained in paragraph 396 of the Complaint.

397.   Trans Union denies the allegations contained in paragraph 397 of the Complaint.

398.   Trans Union denies the allegations and relief sought in paragraph 398 of the Complaint.

## COUNT XV – VIOLATIONS OF THE FCRA §1681i
### Against TRANSUNION

399.   Trans Union restates and incorporates its responses to paragraphs 1 through 398 above as though fully stated herein.

400.   Trans Union admits that on July 16, 2018, it received correspondence from Plaintiff, dated July 11, 2018, which included a document entitled "Affidavit of Truth."  The correspondence speaks for itself. Trans Union denies the remaining allegations contained in paragraph 400 of the Complaint.

401.   Trans Union denies the allegations contained in paragraph 401 of the Complaint.

402.   Trans Union denies the allegations contained in paragraph 402 of the Complaint.

403.   Trans Union denies the allegations contained in paragraph 403 of the Complaint.

404.   Trans Union denies the allegations contained in paragraph 404 of the Complaint.

405.   Trans Union denies the allegations contained in paragraph 405 of the Complaint.

406.   Trans Union denies the allegations and relief sought in paragraph 406 of the Complaint.

## COUNT XVI – VIOLATIONS OF THE FCRA §1681g
## Against EQUIFAX, EXPERIAN, TRANSUNION

407.   Trans Union restates and incorporates its responses to paragraphs 1 through 406 above as though fully stated herein.

408.   Trans Union denies the allegations contained in paragraph 408 of the Complaint as they relate to Trans Union.

409.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 409 of the Complaint and, therefore, denies them.

410.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 410 of the Complaint and, therefore, denies them.

411.   Trans Union denies the allegations contained in paragraph 411 of the Complaint.

412.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 412 of the Complaint and, therefore, denies them.

413.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 413 of the Complaint and, therefore, denies them.

414.   Trans Union denies the allegations contained in paragraph 414 of the Complaint.

415.   Trans Union denies the allegations and relief sought in paragraph 415 of the Complaint.

## COUNT XVII – VIOLATIONS OF THE FCRA §1681h(c)
### Against EQUIFAX, EXPERIAN, TRANSUNION

416.   Trans Union restates and incorporates its responses to paragraphs 1 through 415 above as though fully stated herein.

417.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 417 of the Complaint and, therefore, denies them.

418.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 418 of the Complaint and, therefore, denies them.

419.   Trans Union denies the allegations contained in paragraph 419 of the Complaint.

420.   Trans Union denies the allegations contained in paragraph 420 of the Complaint.

421.   Trans Union denies the allegations contained in paragraph 421 of the Complaint.

423.   [*sic*] Trans Union denies the allegations and relief sought in paragraph 423 of the Complaint.

## TRIAL BY JURY DEMANDED

424.   Trans Union admits that Plaintiffs demands a jury trial.

## PRAYER FOR RELIEF

425.   Trans Union responds to paragraphs 426-433 of the Complaint as follows:

426.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 426 of the Complaint and, therefore, denies them.

427.   Trans Union denies the relief sought in paragraph 427 of the Complaint.

428.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 428 of the Complaint and, therefore, denies them.

429.   Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 429 of the Complaint and, therefore, denies them.

430.   Trans Union denies the relief sought in paragraph 430 of the Complaint.

431.   Trans Union denies the relief sought in paragraph 431 of the Complaint.

432.   Trans Union denies the relief sought in paragraph 432 of the Complaint.

433.   Trans Union denies the relief sought in paragraph 433 of the Complaint.

## **DEFENSES**

434.   Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

435.   Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

436.   Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

437.   Trans Union at all times acted in compliance with the FCRA.

438.   Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

439.   Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

440.   Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of California.

441.   Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

442.   Trans Union reserves the right to assert additional defenses that it may learn of through the course discovery.

1        WHEREFORE, Trans Union requests that this Court deny the relief requested

2   in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its

3   costs of suit and expenses incurred herein, including reasonable attorneys' fees, and

4   order such other and further relief as the Court deems just.

5

6   DATED:  April 8, 2019        MUSICK, PEELER & GARRETT LLP

7

8

9                       By: _____ */s/  Donald E. Bradley*

10                      Donald E. Bradley
                        Attorneys for Defendant TRANS UNION LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MUSICK, PEELER
& GARRETT LLP**

1153131.1

50

DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

1

# **PROOF OF SERVICE**

2

3

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

4

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

5

6

7

On April 8, 2019, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

8

9

**SEE ATTACHED SERVICE LIST**

10

11

☒   **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

12

13

14

15

16

17

18

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

19

20

21

22

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23

24

Executed on April 8, 2019, at Costa Mesa, California.

25

26

*/s/  April M. Yusay*

27

April M. Yusay

28

**MUSICK, PEELER & GARRETT LLP**

1

## SERVICE LIST

2

3
Pritish Vora
27758 Santa Margarita Parkway, #530

4
Mission Viejo, CA  92691
Phone:  (949) 292-8359

5
Email: pvora2112@gmail.com

6
***Plaintiff in Pro Per***
**VIA U.S. MAIL**

7

8

9
Sheereen Javadizadeh
JONES DAY

10
3161 Michelson Drive, Suite 800

11
Irvine, CA  92612
Phone:  (949) 851-3939

12
Fax:      (949) 553-7539

13
Email: sjavadizadeh@jonesday.com

14
***Attorneys for Defendant Experian***
***Information Solutions, Inc.***

Thomas P. Quinn, Jr.
NOKES AND QUINN
410 Broadway, Suite 200
Laguna Beach, CA  92651
Phone:  (949) 376-3500
Fax:      (949) 376-3070
Email: tquinn@nokesquinn.com
***Attorneys for Defendant Equifax***
***Information Services, LLC***

15

16

17

18

19

20

21

22

23

24

25

26

27

28