FILED

Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
949-292-8359
Plaintiff in Pro Per

2019 APR -8  AM 10: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____DV_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br>      Plaintiff,<br>vs.<br>EQUIFAX INFORMATION SERVICES, LLC et al.,<br>      Defendants. | Case No.: 8:19-cv-00302-AG-KESx<br>**DECLARATION AND EXHIBITS IN SUPPORT OF MOTION TO STRIKE CERTIFICATON AND NOTICE OF INTERESTED PARTIES AND ANSWER BY EXPERIAN INFORMATION SOLUTIONS, INC.**<br>L.R. 7-7<br><br>**Hearing Date: May 6, 2019**<br>**Time: 10am**<br>**Hon. Andrew J. Guilford**<br>**Courtroom: 10D** |

I, Pritish Vora, declare as follows:

1. I am the Plaintiff in the above-entitled case.

2. I have personal knowledge of the facts, and, if called as a witness, I could and would competently testify thereto.

3. I discussed and attempted to resolve the issues raised in this motion with opposing counsel for EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") on March 22, 2019, with a follow-up on March 27, 2019, with several e-mails in between and thereafter.

4. I have attached herewith a "MEET & CONFER FOLLOW UP" e-mail message I received/sent to opposing counsel on March 28, 2019, whereby counsel indicated in writing that EXPERIAN "will likely file an amended Answer next week." (See Exhibit A).

5. I waited, but I did not see any amended Answer on the docket.

6. I indicated to opposing counsel that I may file a motion to strike, and if filed, I would agree to file it as "opposed."

7. I have attached proof of USPS.com delivery tracking for an AFFIDAVIT that I sent to EXPERIAN, and to its corporate office on June 1, 2018 regarding an erroneous LVNV "collections" item appearing in my credit file, which corresponds to ¶ 144 and ¶ 155 in my Complaint, respectively, and also referenced on Page 14 of the MEMORANDUM. (See Exhibit B).

8. I have attached proof of a Delaware Department of State active registration statement which I purchased for $10 on March 21, 2019, showing a Status of "Good Standing" for EXPERIAN HOLDINGS, INC. (See Exhibit C).

9. I have attached proof of an excerpt from a CFPB CONSENT ORDER regarding EXPERIAN and EXPERIAN HOLDINGS, INC., whereby I referenced Paragraphs 4 and 5 of the CONSENT ORDER in my Complaint and MEMORANDUM, respectively. (See Exhibit D).

10. I have attached proof of an excerpt from a CFPB STIPULATION regarding EXPERIAN and EXPERIAN HOLDINGS, INC., whereby I referenced

Paragraphs 9d and 9f in my Complaint and MEMORANDUM, respectively. (See Exhibit E).

11. I have attached proof of a past corporate disclosure statement from a case I purchased and downloaded from my PACER account, which shows EXPERIAN naming "Experian plc" as "The ultimate parent company of Experian." (See Exhibit F).

12. I have attached proof of a past corporate disclosure statement from a case I viewed and downloaded from CourtListener.com through its RECAP archive, which shows EXPERIAN naming its parent corporation as "Experian plc." (See Exhibit G).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2019, in Mission Viejo, CA.

_____
(signature)

_____
Pritish Vora
(print name)

Plaintiff, Pro Se

# **CERTIFICATE OF SERVICE**

I, Pritish Vora, filed with the clerk of the court, the above DECLARATION and attached EXHIBITS on April 8, 2019, and hand-delivered a copy all counsel.

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Attorneys for EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

JONES DAY
Sheereen Javadizadeh (Bar No. 288141)
sjavadizadeh@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: 949-553-7559
Attorneys for Defendant EXPERIAN

*/s/ Pritish Vora*

By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530, Mission Viejo, CA 92691
(949) 292-8359     pvora2112@gmail.com

# Exhibit A

 Gmail

Pritish Vora <pvora2112@gmail.com>

## Re: MEET & CONFER FOLLOW UP
1 message

**Pritish Vora** <pvora2112@gmail.com>            Thu, Mar 28, 2019 at 12:25 PM
To: "Javadizadeh, Sheereen" <sjavadizadeh@jonesday.com>
Bcc: Pritish Vora <pvora2112@gmail.com>

Dear Ms. Javadizadeh,

Thanks for the email, and for the call.

As you have indicated that you anticipate the filing of an amended answer "likely next week," I will wait for such answer to be filed on the docket.

Please keep in mind, however, that I may file any such motions to either strike the original answer or amend the complaint as necessary within the time frame allowed.

Regards,

Pritish


On Wed, Mar 27, 2019 at 4:13 PM Javadizadeh, Sheereen <sjavadizadeh@jonesday.com> wrote:

> Dear Mr. Vora,
>
> I am in receipt of your correspondence below. Thank you for identifying the paragraphs in Experian's Answer where you have concerns. As I explained during our telephone conversation today, I will convey and discuss your correspondence with my client and I anticipate that Experian will consent to file an amended Answer. After discussion with my client, I expect I will we will likely file an amended Answer next week.
>
> As I also mentioned on our call, Experian remains willing to meet and confer to discuss thoroughly the substance of your contemplated motion and any potential resolution that the parties can reach, pursuant to L.R. 7-3. At this time, and while working with my client on an amended Answer, Experian would oppose a motion to strike its Answer and requests instead that the parties continue to meet and confer and work together to reach a resolution without engaging in motion practice.
>
> Best,
>
> Sheereen Javadizadeh
> Staff Attorney

# Exhibit B


**UNITED STATES**
*POSTAL SERVICE*

March 20, 2019

Dear Pritish Vora:

The following is in response to your request for proof of delivery on your item with the tracking number: **7014 2120 0002 7605 3631**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | June 4, 2018, 7:03 pm |
| **Location:** | ALLEN, TX 75013 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[illegible handwritten signature]* |
| Address of Recipient: | *[illegible handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE

March 20, 2019

Dear Pritish Vora:

The following is in response to your request for proof of delivery on your item with the tracking number: **7014 2120 0002 7605 3624**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | June 5, 2018, 7:45 am |
| **Location:** | COSTA MESA, CA 92628 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit C

Delaware.gov                                                         Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2736695 | Incorporation Date / Formation Date: | 4/4/1997 (mm/dd/yyyy) |
| Entity Name: | **EXPERIAN HOLDINGS, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Good Standing** | Status Date: | 3/28/2013 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Back to Entity Search    Email Status

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit D

on a nationwide basis," as defined in section 603(p) of the FCRA, 15 U.S.C. § 1681a(p).

j. "Related Consumer Action" means a private action by or on behalf of one or more consumers or an enforcement action by another governmental agency brought against Respondents based on substantially the same facts as described in Section IV of this Consent Order.

k. "Relevant Period" includes the period from July 21, 2011 through December 31, 2014.

l. "Respondents" means Experian Holdings, Inc., Experian Information Solutions, Inc., and ConsumerInfo.com, Inc., dba Experian Consumer Services, and their successors and assigns.

## IV

## Bureau Findings and Conclusions

The Bureau finds the following:

4. Experian Holdings, Inc. is a privately-held corporation with its principal office located in Costa Mesa, California.

5. Experian Information Solutions, Inc. (EIS) is a wholly-owned subsidiary of Experian Holdings, Inc., with its principal office located in Costa Mesa, California. EIS is a Consumer Reporting Agency, a Nationwide Consumer Reporting Agency, and operates the website that consumers access through AnnualCreditReport.com to obtain their free annual file disclosures (*i.e.*, credit report) from Experian.

6. ConsumerInfo.com, Inc., dba Experian Consumer Services (ECS), is a wholly-owned subsidiary of Experian Holdings, Inc., with its principal office located in

# Exhibit E

6. Experian agrees that the facts described in Section IV of the Consent Order will be taken as true and be given collateral estoppel effect, without further proof, in any proceeding before the Bureau to enforce the Consent Order, or in any subsequent civil litigation by the Bureau to enforce the Consent Order or its rights to any payment or monetary judgment under the Consent Order.

7. The terms and provisions of this Stipulation and the Consent Order will be binding upon, and inure to the benefit of, the parties hereto and their successors in interest.

8. Experian agrees that the Bureau may present the Consent Order to the Bureau Director for signature and entry without further notice.

## Waivers

9. Experian, by consenting to this Stipulation, waives:

   a. Any right to service of the Consent Order, and agrees that issuance of the Consent Order will constitute notice to Experian of its terms and conditions;

   b. Any objection to the jurisdiction of the Bureau, including, without limitation, under section 1053 of the CFPA, 12 U.S.C. § 5563;

   c. The rights to all hearings under the statutory provisions under which the proceeding is to be or has been instituted; the filing of proposed findings of fact and conclusions of law; proceedings before, and a recommended decision by, a hearing officer; all post-hearing procedures; and any other procedural right available under section 1053 of the CFPA, 12 U.S.C. § 5563, or 12 CFR Part 1081;

   d. The right to seek any administrative or judicial review of the Consent Order;

e.  Any claim for fees, costs or expenses against the Bureau, or any of its agents or employees, and any other governmental entity, related in any way to this enforcement matter or the Consent Order, whether arising under common law or under the terms of any statute, including, but not limited to the Equal Access to Justice Act and the Small Business Regulatory Enforcement Fairness Act of 1996; for these purposes, Experian agrees that Experian is not the prevailing party in this action because the parties have reached a good-faith settlement;

f.  Any other right to challenge or contest the validity of the Consent Order;

g.  Such provisions of the Bureau's rules or other requirements of law as may be construed to prevent any Bureau employee from participating in the preparation of, or advising the Director as to, any order, opinion, finding of fact, or conclusion of law to be entered in connection with this Stipulation or the Consent Order; and

h.  Any right to claim bias or prejudgment by the Director based on the consideration of or discussions concerning settlement of all or any part of the proceeding.

# Exhibit F

FILED
2011 Mar-14 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURTIS J. COLLINS, | ) | |
| Plaintiff, | ) ) ) | CV-11-K-0938-S |
| | ) | Civil Action No.: __ |
| v. | ) ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) | (Removed from the Circuit Court of Jefferson County, Alabama, Case No. 01-CV-2011-900419) |
| Defendant. | ) ) | Complaint Filed: February 5, 2011 |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

    (h) Opt-Out Services LLC

{W0286555 1}

# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:18cv07

TERI LYNN HINKLE                            )
                                            )
                    Plaintiff(s),           )
                                            )
v.                                          )
                                            )
EXPERIAN INFORMATION                        )
SOLUTIONS, INC., et al.                     )
                    Defendant(s).           )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Experian Information Solutions, Inc.          who is   a defendant
(Name of Party)                                        (Plaintiff / moving party or defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes          ☑ No

2. Does the party have any parent corporations?
   ☑ Yes          ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Experian plc

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☑ Yes          ☐ No

   If yes, identify all such owners:
   Experian plc

NCWD-Corporate Disclosure – Sept. 2016