UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00302 AG (KESx) | Date | May 3, 2019 |
|---|---|---|---|
| Title | PRITISH VORA v. EQUIFAX INFORMATION SERVICES, LLC ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING PLAINTIFF'S MOTION TO STRIKE (DKT. 22)**

The May 6, 2019 hearing on Plaintiff's motion to strike the answer of Defendant Experian Information Solutions, Inc. is VACATED, because Plaintiff's motion is rendered moot by Defendant's timely filing of an amended answer. *See* Dkt. 24.

*Pro se* Plaintiff Pritish Vora sued Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC in February 2019 for alleged violations of the Fair Credit Reporting Act. (Dkt. 1.) Experian filed a timely answer on March 19, 2019. Vora moved to strike the answer under Federal Rule 12(f), arguing it contains redundant or immaterial information and fails to follow Federal Rules 8(b)(2) and (4). Plaintiff also asserts Experian has violated Federal Rule 7.1 and Local Rule 7.1-1 requirements regarding disclosures of interested parties. (Dkt. 22.)

It appears the parties engaged in some meet and confer in late March before Experian's amended answer was due (on April 9). *See* Notice of Motion (Dkt. 22) at 2; Opposition (Dkt. 28) at 2-3. Despite an email from Experian's counsel stating she expected to file an amended answer the following week (before the deadline), Plaintiff filed this motion on April 8, 2019. (Declaration of Sheereen Jav Adizadeh, Ex. 4.) Experian's amended answer was filed the same day as Plaintiff's motion to strike. Because the pleading on which the motion was based has been properly amended, the motion to strike is moot.

As the parties move forward in this litigation, the Court offers two comments. First, better communication between the parties would have avoided the situation just described and expensive, unnecessary briefing. Second, the Court has ruled on the pleading requirements for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 19-00302 AG (KESx) | Date | May 3, 2019 |
|---|---|---|---|
| Title | PRITISH VORA v. EQUIFAX INFORMATION SERVICES, LLC ET AL. | | |

answers. *See Loi Nguyen v. Durham Sch. Servs., L.P.*, 358 F. Supp. 3d 1056 (C.D. Cal. 2019). The Court appreciates the thorough legal research Plaintiff has done in this case, but hopes the case can proceed efficiently.

: 0

Initials of Preparer   mku