UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 19-00302 AG (KESx) | Date | May 3, 2019 |
|---|---|---|---|
| Title | PRITISH VORA v. EQUIFAX INFORMATION SERVICES, LLC ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER REGARDING PLAINTIFF'S MOTION TO STRIKE (DKT. 22)**

The Order dated May 3, 2019 (Dkt. No. 31) is VACATED. The matter is taken under submission, and the Court will issue a separate order on Plaintiff's Motion to Strike. (Dkt. 22.) The May 6, 2019 hearing remains off calendar. *See* Federal Rule 78(b).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　： 0
　　　　　　　　　　　　　　　　　　　Initials of Preparer　mku