FILED

Pritish Vora
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
949-292-8359
Plaintiff in Pro Per

2019 AUG 19 PM 2: 49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 8:19-cv-00302-AG-KESx<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

### TO THE HONORABLE COURT AND TO ALL PARTIES

　　Please take NOTICE that Plaintiff, Pritish Vora, by way of Pro Se, ("Plaintiff"), and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), by way of counsel, have reached a tentative settlement in the above captioned matter.

　　Plaintiff and counsel anticipate finalizing the settlement agreement within thirty (30) days, at which time Plaintiff and counsel plan to file a Joint Stipulation of Dismissal with prejudice, thereby resolving all of Plaintiff's claims pursuant to the CAUSES OF ACTION **against EXPERIAN**. (Emphasis added).

WHEREFORE, based on the foregoing, Plaintiff and counsel request that the Court retain its jurisdiction regarding EXPERIAN until the filing of the Joint Stipulation of Dismissal pursuant to F.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted on this day of August 19, 2019

Dated Aug. 19, 2019

By _____
Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

Dated August 19, 2019

By _____
Katherine A. Neben (Bar No. 263099)
kneben@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: 949-553-7560
Attorneys for Defendant EXPERIAN

# **CERTIFICATE OF SERVICE**

I, Pritish Vora, filed with the clerk of the court, the above NOTICE on August 19, 2019, and sent a copy to counsel on record via postal mail.

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA  92651
Tel: 949-376-3500
Attorneys for Defendant EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

JONES DAY
Katherine A. Neben (Bar No. 263099)
kneben@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Tel: 949-553-7560
Attorneys for Defendant EXPERIAN

_____
By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy, #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN