```
FILED
2019 SEP 18 PM 12:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____
```

1 | Pritish Vora
2 | 27758 Santa Marg. Pkwy #530
3 | Mission Viejo, CA 92691
4 | (949) 292-8359
5 | Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Pritish Vora, | Case No.: 8:19-cv-00302-AG-KESx |
| Plaintiff, | **STIPULATION OF DISMISSAL AS** |
| vs. | **TO DEFENDANT EXPERIAN** |
| EQUIFAX INFORMATION | **INFORMATION SOLUTIONS,** |
| SERVICES, LLC, et al., | **INC. [F.R.Civ.P. 41(a)]** |
| Defendants. | |

COMES NOW, Plaintiff, Pritish Vora, by way of Pro Se, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), by way of counsel, hereby file with the HONORABLE COURT the STIPULATION OF DISMISSAL. Plaintiff and counsel finalized the settlement on September 13, 2019 in the above-captioned matter.

Based on the foregoing, and pursuant to F.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiff and counsel hereby stipulate that this action be dismissed with prejudice against EXPERIAN, with each party to bear its own fees and costs.

Respectfully submitted on this day of Sept. 18, 2019

Dated Sept 16, 2019

By *(signature)*

Pritish Vora, Plaintiff, Pro Se

27558 Santa Marg. Pkwy, #530

Mission Viejo, CA 92691

(949) 292-8359

pvora2112@gmail.com

Dated September 16, 2019

By *(signature)*

Katherine A. Neben (Bar No. 263099)

kneben@jonesday.com

JONES DAY

3161 Michelson Drive, Suite 800

Irvine, CA 92612

Tel: 949-553-7560

Attorneys for Defendant EXPERIAN

## CERTIFICATE OF SERVICE

I, Pritish Vora, filed the foregoing with the clerk of the Court on September 18, 2019, and sent a copy to counsel on record via first class prepaid postal mail.

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA  92651
Tel: 949-376-3500
Attorneys for Defendant EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

JONES DAY
Katherine A. Neben (Bar No. 263099)
kneben@jonesday.com
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Tel: 949-553-7560
Attorneys for Defendant EXPERIAN

*[signature]*

By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com