# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-00302-AG-KESx                                   Date:  October 16, 2019

Title: PRITISH VORA v. EQUIFAX INFORMATION SERVICES, LLC, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER Setting Telephonic Discovery Conference re Plaintiff's Notice (Dkt. 39)**

The Court hereby sets a telephonic discovery conference for Friday, October 25, 2019, at 9:30 a.m.   To join the telephonic conference, the parties shall call 877-848-7030 and enter access code 7771217.

Initials of Deputy Clerk JD