THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 8:19-cv-00302-AG-KES<br><br>Hon. Andrew J. Guilford<br><br>**JOINT STIPULATION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE RE PLAINTIFF'S NOTICE (DKT. 39)**<br><br>Date: October 25, 2019<br>Time: 9:30 a.m.<br>Judge: Honorable Karen E. Scott |

　　　Plaintiff Pritish Vora ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), stipulate and agree that the telephonic discovery conference in this matter currently scheduled for October 25, 2019, at 9:30 a.m. before the Honorable Karen E. Scott, be continued to any time after 12 noon on October 25, 2019 or a later date that is convenient to this court.

　　　This request is made because counsel to Equifax, Thomas P. Quinn, Jr. has three previously scheduled appearances in the morning of October 25, 2019 as follows: 1) a Mandatory Settlement Conference in *Brannon v. Santillan,* at 9:00 a.m. in department NO5 of the Orange County Superior Court ("OCSC") North

1

Justice Center, case number 30-2018-00983506; 2) a Case Management Conference in *Nielsen v. D&F Roofing, et al.*, at 9:30 a.m. in department NO5 of the OCSC North Justice Center, case number 30-2019-01068603; and 3) a Status Conference (via Court Call) in *Albanese v. Beard*, at 9:00 a.m. in department C19 of the OCSC Central Justice Center, case number 30-2018-01027988.

      Plaintiff and Defendant also wish to notify the court that on October 16, 2019, Plaintiff and Defendant met and conferred for two hours during which they eliminated many discovery issues, and that Plaintiff and Defendant expect to eliminate additional discovery issues once a protective order, which Plaintiff and Defendant are discussing, is entered.

Dated: October 22, 2019            PRITISH VORA PRO SE

*[signature]*
PRITISH VORA

Dated: October 22, 2019            NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4 (2), I hereby certify that the content of this document is acceptable to all counsel/parties on whose behalf this filing is submitted, and that I have obtained their authorization to affix their electronic signature to this document.

Dated:  October 22, 2019                NOKES & QUINN

*/s/  Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On October 22, 2019, I served a true copy of **JOINT STIPULATION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE RE PLAINTIFF'S NOTICE (DKT. 39)**;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to:

Pritish Vora
27758 Santa Margarita Parkway No. 530
Mission Viejo, CA 92691
949-292-8359
Email: pvora2112@gmail.com
***Plaintiff Pro Se***

[ X ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California.

Executed on October 22, 2019, at Laguna Beach, California.