THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>       Plaintiff,<br><br>v.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>       Defendants. | Case No. 8:19-cv-00302-AG-KES<br><br>Hon. Andrew J. Guilford<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE TELEPHONIC DISCOVERY CONFERENCE RE PLAINTIFF'S NOTICE (DKT. 39)**<br><br>Date:  October 25, 2019<br>Time:  9:30 a.m.<br>Judge: Honorable Karen E. Scott |

Upon the stipulation of Plaintiff Pritish Vora ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), and good cause appearing for the relief requested, the Court hereby GRANTS the parties' request, and orders that the telephonic discovery conference in this matter currently scheduled for October 25, 2019, at 9:30 a.m. before the Honorable Karen E. Scott, be continued to October 28, 2019 at 9:30 a.m.

Dated: October 22, 2019

_Karen E. Scott_
_____
Honorable Karen E. Scott
U.S. Magistrate Judge