THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>Defendant. | Case No: 8:19-cv-00302-AG-KES<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Defendant, Equifax Information Services LLC ("Equifax"), and Plaintiff Pritish Vora hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before November 30, 2019.  The Parties request that the telephonic discovery conference scheduled October 28, 2019 at 9:30 a.m. be cancelled and that Equifax be excused from any intervening appearance or filing requirements between today's date and the filing of the stipulation of dismissal.

Respectfully submitted this 25th day of October, 2019.

/s/ *Pritsh Vora*
PRITISH VORA
Plaintiff in pro per

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500