FILED

2019 NOV -4  AM 9: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

1  Pritish Vora
2  27758 Santa Marg. Pkwy #530
3  Mission Viejo, CA  92691
4  (949) 292-8359
5  Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Pritish Vora, | Case No.: 8:19-cv-00302-AG-KESx |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | [F.R.Civ.P. 41(a)] |
| Defendants. | |

COMES NOW, Plaintiff, Pritish Vora, by way of Pro Se, and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), by way of counsel, hereby file with the HONORABLE COURT the STIPULATION OF DISMISSAL. Plaintiff and counsel finalized the settlement on October 31, 2019 in the above-captioned matter.

Based on the foregoing, and pursuant to F.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiff and counsel hereby stipulate that this action be dismissed with prejudice against EQUIFAX, with each party to bear its own fees and costs.

Respectfully submitted on this day of _Nov. 4, 2019_

Dated Nov. 1, 2019

By /s/ Pritsh Vora

Pritish Vora, Plaintiff, Pro Se
27558 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com

Dated 11/01/19

By /s/ Thomas Patrick Quinn

Thomas Patrick Quinn, Jr. (Bar No. 132268)
tquinn@nokesquinn.com
Nokes & Quinn
410 Broadway St., Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Attorneys for Defendant EQUIFAX

## CERTIFICATE OF SERVICE

I, Pritish Vora, filed the foregoing with the clerk of the Court on Nov. 4, 2019, and sent a copy to counsel on record via first class prepaid postal mail.

Nokes & Quinn
Thomas Patrick Quinn Jr. (Bar No. 132268)
tquinn@nokesquinn.com
410 Broadway St. Suite 200
Laguna Beach, CA 92651
Tel: 949-376-3500
Attorneys for Defendant EQUIFAX

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristen L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant TRANSUNION

By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com