**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2400
FACSIMILE: 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@musickpeeler.com

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITISH VORA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>　　　　　Defendants. | Case No. 8:19-CV-00302-AG-KES<br><br>Honorable Judge Andrew J. Guilford<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE JUDGE GUILFORD:

　　　The parties respectfully notify the Court that Plaintiff and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

3675838.1

DATED: December 2, 2019

By *(signature)*
Pritish Vora
Pro Se

DATED: December 2, 2019    MUSICK, PEELER & GARRETT LLP

By *(signature)*
Donald E. Bradley
Attorneys for Defendant TRANS UNION LLC

2

3675838.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On December 2, 2019, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 2, 2019, at Costa Mesa, California.

/s/ *April M. Yusay*
April M. Yusay

1148326.1

# SERVICE LIST

Pritish Vora
27758 Santa Margarita Parkway, #530
Mission Viejo, CA  92691
Phone:  (949) 292-8359
Email: pvora2112@gmail.com
***Plaintiff in Pro Per***
**VIA U.S. MAIL**

Thomas P. Quinn, Jr.
NOKES AND QUINN
410 Broadway, Suite 200
Laguna Beach, CA  92651
Phone:  (949) 376-3500
Fax:     (949) 376-3070
Email: tquinn@nokesquinn.com
***Attorneys for Defendant Equifax Information Services, LLC***

Katherine Neben
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Phone:  (949) 553-7560
Fax:     (949) 553-7539
Email: kneben@jonesday.com
***Attorneys for Defendant Experian Information Solutions, Inc.***