FILED

2019 DEC 30 PM 2:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____EV_____

1 Pritish Vora
2 27758 Santa Marg. Pkwy #530
3 Mission Viejo, CA  92691
4 (949) 292-8359
5 Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pritish Vora,<br>　　　　Plaintiff,<br>　　vs.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　　　Defendants. | Case No.: 8:19-cv-00302-AG-KESx<br>**STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION, LLC [F.R.Civ.P. 41(a)]** |

　　COMES NOW, Plaintiff, Pritish Vora, by way of Pro Se, and Defendant TRANS UNION, LLC ("Trans Union"), by way of counsel, hereby file with the HONORABLE COURT the STIPULATION OF DISMISSAL.  Plaintiff and counsel finalized the terms of the settlement on December 30, 2019 in the above-captioned matter.

　　Based on the foregoing, and pursuant to F.R.Civ.P. Rule 41(a)(1)(A)(ii), Plaintiff and counsel hereby stipulate that this action be dismissed with prejudice against Trans Union, with each party to bear its own fees and costs.

　　Respectfully submitted on this day of _December 30, 2019_

Dated December 30, 2019

By /s/ Pritish Vora

Pritish Vora, Plaintiff, Pro Se
27558 Santa Marg. Pkwy, #530
Mission Viejo, CA 92691
(949) 292-8359
pvora2112@gmail.com


Dated December 30, 2019

By /s/

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristin L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant Trans Union

## **CERTIFICATE OF SERVICE**

I, Pritish Vora, filed the foregoing with the clerk of the Court on Dec. 30, 2019, and sent a copy to counsel on record via first class prepaid postal mail.

Musick, Peeler & Garrett LLP
Donald E. Bradley (Bar No. 145037)
d.bradley@musickpeeler.com
Kristin L. Marker (Bar No. 278596)
kmarker@qslwm.com
650 Town Center Drive, Suite 1200
Costa Mesa, CA  92626
Tel: 714-668-2400
Tel: 214-560-5442
Attorneys for Defendant Trans Union

*Pritish Vora*

By Pritish Vora, Plaintiff, Pro Se
27758 Santa Marg. Pkwy #530
Mission Viejo, CA  92691
(949) 292-8359
pvora2112@gmail.com

Page 3 of 3